# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*SEALED BY ORDER OF COURT*

*SAN JOSE DIVISION*

THE UNITED STATES OF AMERICA

vs

MICHAEL O'BRIEN, JR., and FRANCIS LEE MCDANIEL

CR 23 00241 BLF SVK

*FILED AUG 03 2023 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

## INDICTMENT

COUNT 1 (O'BRIEN and MCDANIEL):   18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud

COUNTS 2 – 6 (O'BRIEN):   18 U.S.C. § 1343 – Wire Fraud

COUNTS 7 – 11 (MCDANIEL):   18 U.S.C. § 1343 – Wire Fraud

*A true bill.*

_____
Foreperson

Filed in open court this **3rd** day of **August** A.D. 202**3**

_____
United States Magistrate Judge

Bail. $ _____

*No bail arrest warrants as to each defendant*

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

**SEALED BY ORDER OF COURT**

**FILED AUG 03 2023** CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O'BRIEN, JR., and FRANCIS LEE MCDANIEL, <br><br> Defendant. | CASE NO. CR 23 00241 BLF SVK <br><br> VIOLATIONS: <br> 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; <br> 18 U.S.C. § 1343 – Wire Fraud; <br> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br><br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1. Defendant Michael O'Brien, Jr. ("O'Brien") was an individual residing in Massachusetts, in the towns of Sutton and then Webster.

2. Defendant Francis Lee McDaniel ("McDaniel") was an individual residing in Providence, Rhode Island.

3. Co-Conspirator 1 was an individual residing in Millbury, Massachusetts.

4. Co-Conspirator 2 was an individual residing in Oxford, Massachusetts.

INDICTMENT

5. Co-Conspirator 3 was an individual residing in Sacramento, California. Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3 are referred to collectively as the "Unindicted Co-Conspirators."

6. Company A was one of the largest retailers in the United States, headquartered in Minneapolis, Minnesota. The company sold a variety of gift cards, including those from eBay, Apple iTunes, Netflix, Starbucks, and many others. The majority of these gift cards were provided and processed by Company C. The gift cards did not maintain a loaded balance until they were activated when purchased by a consumer. Each gift card contained a redemption code on the back of the card that was covered by a sticker. In order to use the card and redeem its value, a customer had to remove the sticker to reveal the redemption code. Company A maintained servers in Minnesota in the cities of Brooklyn Park and Elk River.

7. Company B, headquartered in San Jose, California, was an e-commerce website that facilitated the sale of goods between third-party buyers and sellers. The company allowed users to list items for sale on its site, where purchasers could bid on them in an auction. The company sold gift cards for its site at Company A's retail locations. Company B's gift cards contained a gift card number, which identified the specific gift card, and redemption code underneath a sticker. The redemption code allowed the consumer to spend the value of the card. Company B maintained servers in South Jordan, Utah, and in Nevada in the cities of Reno and Las Vegas. Company B's gift cards were processed by Company C.

8. Company C, headquartered in Pleasanton, California, was a provider and manager of branded physical and digital gift, phone, prepaid debit, and incentives cards available online and through a network of global retailers. Company C maintained servers in Santa Clara, California.

9. Company D, headquartered in Wilmington Delaware, was an online exchange platform where users bought, sold, and traded predominantly modes of payment in exchange for digital currency. The company allowed users to exchange the value contained on gift cards, including Company B's gift cards, for an amount of cryptocurrency.

COUNT ONE:        (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

10. Paragraphs 1 through 9 of this Indictment are re-alleged and incorporated as if fully set

INDICTMENT                                                       2

forth here.

11. Beginning at a time unknown but no later than May 22, 2018 continuing through on or about October 23, 2018, in the Northern District of California and elsewhere, the defendants,

MICHAEL O'BRIEN, JR., and
FRANCIS LEE MCDANIEL,

and others known and unknown to the Grand Jury, did knowingly conspire to devise and intend to devise a scheme and artifice to defraud as to a material matter and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme or artifice and attempting to do so, did transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

### The Scheme and Artifice to Defraud

12. The object of the conspiracy was to defraud Company A by exploiting a vulnerability in the gift card processing systems of Companies A, B, and C. The vulnerability concerned a delay in communication between Company A's point-of-sale and Company B and Company C regarding the timely reconciliation of funds loaded onto or removed from Company B's gift cards at Company A's point-of-sale. The delay allowed a customer who purchased a Company B gift card at Company A's point-of-sale to redeem the value of the gift card and subsequently return the valueless gift card to Company A for a full refund, or alternatively redeem the gift card after completion of a return to Company A for a full refund before Company A's systems reflected the card redemption.

### The Manner and Means of Accomplishing the Conspiracy

13. In furtherance of the conspiracy, and to accomplish the object and purpose of the conspiracy, the defendants used the following manner and means.

14. Defendants or Unindicted Co-Conspirators purchased Company B's gift cards at Company A's retail locations throughout the United States, typically in increments of either $100 or $200, utilizing prepaid cards, bank cards, or cash. They removed the sticker that covered the redemption code of the Company B gift card and sold the redemption code to third parties in exchange for Bitcoin

on Company D's site, posting the redemption codes in trade chats on Company D's site using Company D accounts belonging to Defendant O'Brien. Defendants or Unindicted Co-Conspirators subsequently returned the gift cards to Company A for a full refund to the original method of payment. Sometimes, the Defendants sold the redemption codes to third parties in exchange for Bitcoin on Company D's platform after conducting a return of the gift card at Company A's retail locations for a full refund. The returns often took place on the same day as the purchase transaction, sometimes at the same Company A retail location as the purchase.

15. During the time period of the conspiracy, Company A's return policy allowed a user to return a gift card if the original receipt was presented upon the return, the gift card had not been redeemed, and the refund was to the original form of tender. By returning valueless or soon-to-be valueless Company B gift cards for refunds at Company A's retail locations, Defendants and Unindicted Co-Conspirators falsely represented and used the false pretense that the gift cards maintained value, causing Company A to provide refunds in violation of its return policy.

16. During the time period of the conspiracy, a return transaction of a Company B gift card at a Company A retail location caused a signal to be transmitted by wire communication from Company A's server(s) in Minnesota to Company C's server(s) in California, and then to Company B's server(s) in Utah or Nevada.

17. During the course of the conspiracy, Defendants and Unindicted Co-Conspirators traveled to 36 states and visited 916 Company A stores in order to conduct the alleged purchase-and-return activity described herein. Defendants and Unindicted Co-Conspirators traded or attempted to trade on Company D's platform approximately 5,566 Company B gift cards purchased at Company A stores and valued at approximately $1,077,100.

COUNTS TWO THROUGH SIX:   (18 U.S.C. § 1343 – Wire Fraud)

18. Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated as if fully set forth here.

19. Beginning on or about October 5, 2018 and continuing through on or about October 21, 2018, in the Northern District of California and elsewhere, the defendant,

MICHAEL O'BRIEN, JR.,

INDICTMENT                                    4

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

The Use of the Wires/Execution of the Scheme

20. On or about the dates listed in Table I below, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud, the defendant,

MICHAEL O'BRIEN, JR.,

did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically, the interstate wire transfers listed in Table I below:

TABLE I

All of the return transactions referenced below took place after the Company B gift cards had been traded in exchange for Bitcoin on Defendant O'Brien's Company D platform account.

| COUNT | DATE | WIRE |
| --- | --- | --- |
| TWO | 10/05/2018 | Return of three Company B gift cards with redemption codes 4125385280026, 4126778476395, and 4125385364310, for a refund in the amount of $600 at Company A retail location No. 2776 located in Los Angeles, California. |
| THREE | 10/13/2018 | Return of four Company B gift cards with redemption codes 4129059177028, 4129056938767, 4129056850510, and 4129059091330, for a refund in the amount of $800 at Company A retail location No. 2404 in Henderson, Nevada. |
| FOUR | 10/14/2018 | Return of four Company B gift cards with redemption codes 4126205244414, 4126205164539, 4126205088063, and 4126204901368, for a refund in the amount of $800 at Company A retail location No. 1462 in Las Vegas, Nevada. |
| FIVE | 10/14/2018 | Return of four Company B gift cards with redemption codes 4126331627959, 4126331968190, 4126331702046, and 4126331886158, for a refund in the amount of $800 at Company A retail location No. 2569 in Las Vegas, Nevada. |
| SIX | 10/21/2018 | Return of four Company B gift cards with redemption codes 4128716227720, 4128713416164, 4128716301051, and 4128716143953, for a refund in the amount of $800 at Company A retail location No. 675 in Fairfield, California. |

All in violation of Title 18, United States Code, Section 1343.

COUNTS SEVEN THROUGH ELEVEN:   (18 U.S.C. § 1343 – Wire Fraud)

21. Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated as if fully set forth here.

22. Beginning on or about September 11, 2018 and continuing through on or about September 20, 2018, in the Northern District of California and elsewhere, the defendant,

FRANCIS LEE MCDANIEL,

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

The Use of the Wires/Execution of the Scheme

23. On or about the dates listed in Table II below, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud, the defendant,

FRANCIS LEE MCDANIEL,

did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically, the interstate wire transfers listed in Table II below:

TABLE II

All of the return transactions referenced below took place after the Company B gift cards had been traded in exchange for Bitcoin on Defendant O'Brien's Company D platform account.

| COUNT | DATE | WIRE |
|---|---|---|
| SEVEN | 09/11/2018 | Return of four Company B gift cards with redemption codes 3732077825028, 3732077907799, 3732078081810, and 3732077742630, for a refund in the amount of $800 at Company A retail location No. 620 located in Onalaska, Wisconsin. |
| EIGHT | 09/11/2018 | Return of four Company B gift cards with redemption codes 3738636182389, 3738636002478, 3738636262002, and 3738635433513, for a refund in the amount of $800 at Company A retail location No. 643 located in Apple Valley, Minnesota. |

INDICTMENT                                                       6

| NINE | 09/12/2018 | Return of four Company B gift cards with redemption codes 4125850571483, 4125850654727, 4125850730154, and 4125850409763, for a refund in the amount of $800 at Company A retail location No. 2300 located in Richfield, Minnesota. |
| TEN | 09/19/2018 | Return of one Company B gift card with redemption code 4127613102657 for a refund in the amount of $200 at Company A retail location No. 2300 located in Richfield, Minnesota. |
| ELEVEN | 09/20/2018 | Return of two Company B gift cards with redemption codes 3733146120568 and 3733146040882 for a refund in the amount of $400 at Company A retail location No. 3200 located in Minneapolis, Minnesota. |

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

24.     The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction for any of the offenses set forth in this Indictment, the defendants,

MICHAEL O'BRIEN, JR., and
FRANCIS LEE MCDANIEL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendants obtained directly and indirectly, as the result of those violations, including, but not limited to, a money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

INDICTMENT                                             7

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: August 3rd, 2023

A TRUE BILL.

FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

E. WISTAR WILSON
Special Assistant United States Attorney

INDICTMENT                                 8

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

*SEALED BY ORDER OF COURT*

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

### OFFENSE CHARGED

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud
Counts Two through Six: 18 U.S.C. § 1343 - Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Counts One through Six (Each):
Max. 20 years prison;
Max. $250,000 fine
Max. 3 years Supervised Release
$100 Mandatory Special Assessment

### DEFENDANT - U.S

▶ Michael O'Brien, Jr.

DISTRICT COURT NUMBER

**CR 23 00241 BLF SVK**

FILED AUG 03 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
**U.S. Secret Service**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: **Ismail J. Ramsey**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **E. Wistar Wilson (SAUSA)**

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: **No bail**

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

*SEALED BY ORDER OF COURT*

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

### OFFENSE CHARGED

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud
Counts Seven through Eleven: 18 U.S.C. § 1343 - Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts One, and Seven through Eleven (Each):
Max. 20 years prison;
Max. $250,000 fine
Max. 3 years Supervised Release
$100 Mandatory Special Assessment

### DEFENDANT - U.S
▶ Francis Lee McDaniel

DISTRICT COURT NUMBER
**CR 23 00241 BLF SVK**

*FILED AUG 03 2023 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### PROCEEDING
Name of Complaintant Agency, or Person (& Title, if any)
U.S. Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form: **Ismail J. Ramsey**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **E. Wistar Wilson (SAUSA)**

### DEFENDANT
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____  Before Judge: _____

Comments: