1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5    UNITED STATES OF AMERICA,        )   CR-23-00241-BLF
                                      )
6                    PLAINTIFF,       )   SAN JOSE, CALIFORNIA
                                      )
7          VS.                        )   SEPTEMBER 24, 2024
                                      )
8    MICHAEL O'BRIEN, JR.,            )   PAGES 1-40
                                      )
9                    DEFENDANT.       )
                                      )
10   _____ )

11                 TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE GOVERNMENT:     BY:  NEAL CHO HONG
                             UNITED STATES ATTORNEY'S OFFICE
15                           450 GOLDEN GATE AVE.
                             SAN FRANCSICO, CA 94102
16

17   FOR THE DEFENDANT:      BY:  JAY ADAM RORTY
                             LAW OFFICES OF JAY RORTY
18                           501 MISSION STREET STE. 1
                             SANTA CRUZ, CA 95060
19

20   PROBATION:              MELISSA MOY

21

22

23   OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER

|  |  |  |
|---|---|---|
|  | 1 | SAN JOSE, CALIFORNIA                    SEPTEMBER 24, 2024 |
|  | 2 | P R O C E E D I N G S |
|  | 3 | (COURT CONVENED AT 9:32 A.M.) |
| 09:32:40 | 4 | THE CLERK:  CALLING CASE 23-0241.  UNITED STATES V. |
| 09:33:02 | 5 | MICHAEL O'BRIEN, JR. |
| 09:33:04 | 6 | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES. |
| 09:33:18 | 7 | MR. HONG:  GOOD MORNING, YOUR HONOR. |
| 09:33:19 | 8 | NEAL HONG ON BEHALF OF THE UNITED STATES. |
| 09:33:20 | 9 | THE COURT:  GOOD MORNING. |
| 09:33:21 | 10 | MR. RORTY:  GOOD MORNING, YOUR HONOR. |
| 09:33:22 | 11 | JAY RORTY WITH MICHAEL O'BRIEN.  MR. O'BRIEN IS PRESENT |
| 09:33:25 | 12 | OUT OF CUSTODY. |
| 09:33:26 | 13 | THE COURT:  ALL RIGHT.  GOOD MORNING. |
| 09:33:27 | 14 | AND GOOD MORNING, MR. O'BRIEN. |
| 09:33:29 | 15 | THE DEFENDANT:  GOOD MORNING, YOUR HONOR. |
| 09:33:30 | 16 | PROBATION OFFICER:  AND GOOD MORNING. |
| 09:33:32 | 17 | MELISSA MOY WITH U.S. PROBATION. |
| 09:33:33 | 18 | THE COURT:  OFFICER MOY, THANK YOU FOR BEING HERE. |
| 09:33:35 | 19 | ALL RIGHT.  THIS IS THE TIME SET FOR SENTENCING.  ARE WE |
| 09:33:38 | 20 | READY TO PROCEED? |
| 09:33:39 | 21 | MR. HONG:  YES, YOUR HONOR. |
| 09:33:40 | 22 | MR. RORTY:  YES. |
| 09:33:40 | 23 | THE COURT:  ALL RIGHT.  HAVE BOTH ATTORNEYS RECEIVED |
| 09:33:46 | 24 | THE PRESENTENCE REPORT? |
| 09:33:48 | 25 | MR. HONG:  YES, YOUR HONOR. |

09:33:48    1         MR. RORTY:  YES, AND I'VE HAD THE OPPORTUNITY TO

09:33:50    2    REVIEW IT WITH MR. O'BRIEN.

09:33:52    3         THE COURT:  THANK YOU.

09:33:52    4      AND ARE THERE ANY OTHER DOCUMENTS TO SUBMIT THIS MORNING?

09:33:56    5         MR. RORTY:  NO.

09:33:58    6         MR. HONG:  NO OTHER DOCUMENTS.

09:33:58    7         MR. RORTY:  THE COURT HAS RECEIVED THE SENTENCING

09:34:00    8    MEMORANDA?

09:34:01    9         THE COURT:  I DID, YES.  SO I HAVE RECEIVED AND

09:34:03   10    REVIEWED THE PRESENTENCE REPORT AND THE SENTENCING MEMORANDA

09:34:06   11    SUBMITTED BY EACH PARTY.

09:34:13   12      IN THIS MATTER, MR. HONG, HAVE YOU INFORMED THE VICTIMS OF

09:34:17   13    THEIR RIGHT TO BE PRESENT AND MAKE A STATEMENT?

09:34:19   14         MR. HONG:  I'M NOT AWARE OF ANY VICTIMS THAT ARE

09:34:21   15    PRESENT TODAY.

09:34:22   16         THE COURT:  PARDON?

09:34:22   17         MR. HONG:  I'M NOT AWARE OF ANY VICTIMS THAT ARE

09:34:24   18    PRESENT TODAY AND WISH TO MAKE A STATEMENT.

09:34:29   19         THE COURT:  OKAY.

09:34:33   20         MR. HONG:  YOUR HONOR, I DON'T KNOW IF YOU RECEIVED

09:34:35   21    THE E-MAIL FROM PRETRIAL SERVICES FROM OFFICER KHANOON.  WE

09:34:39   22    RECEIVED AN E-MAIL YESTERDAY AND SHE SAID THAT SHE SENT AN

09:34:44   23    E-MAIL TO THE COURT ADVISING OF THE POSITIVE DRUG TEST.

09:34:49   24         THE COURT:  I DID GET THAT.

09:34:56   25         PROBATION OFFICER:  YOUR HONOR, IN ADDITION TO THE

09:34:58  1    PRESENTENCE REPORT, I HAVE ALSO E-MAILED YOUR HONOR A SUPPORT

09:35:01  2    LETTER I HAD RECEIVED FROM MR. O'BRIEN'S MOTHER.

09:35:05  3         THE COURT:  I BELIEVE I GOT THAT.  I'M JUST -- I'M

09:35:08  4    STILL CAUGHT ON THE VICTIM ISSUE.  THERE ARE VICTIMS HERE.

09:35:11  5         MR. HONG:  YES.  IT WAS TARGET, YOUR HONOR.

09:35:13  6         THE COURT:  SO THERE ARE VICTIMS.

09:35:19  7         MR. HONG:  YES.

09:35:19  8         THE COURT:  DID YOU NOTIFY THE VICTIMS OF THEIR RIGHT

09:35:21  9    TO BE HERE?

09:35:22  10        MR. HONG:  I BELIEVE OUR VICTIM WITNESS

09:35:25  11   COORDINATOR --

09:35:26  12        THE COURT:  I CAN'T GO FORWARD UNLESS THE VICTIMS

09:35:29  13   HAVE BEEN NOTIFIED.  WE ARE NOT HAVING A SENTENCING IF THEY ARE

09:35:31  14   NOT NOTIFIED.

09:35:32  15        MR. HONG:  I CAN CONFIRM THAT.  LET ME CHECK ON THAT

09:35:36  16   FOR YOUR HONOR.

09:35:36  17        THE COURT:  OKAY.  THANK YOU.

09:36:00  18        MR. HONG:  OKAY.  YES, YOUR HONOR.  I DID SPEAK WITH

09:36:02  19   A REPRESENTATIVE FROM TARGET, LET ME FIND HIS NAME, YOUR HONOR,

09:36:07  20   FOR YOU, AND HE SAID THAT HE IS A REPRESENTATIVE FROM TARGET

09:36:16  21   AND HE DECLINED TO BE AT THE HEARING TODAY.

09:36:18  22        THE COURT:  HOW ABOUT EBAY?

09:36:19  23        MR. HONG:  EBAY?

09:36:25  24     YOUR HONOR, I ONLY SPOKE TO TARGET, I WASN'T AWARE --

09:36:29  25        THE COURT:  I'M JUST READING -- I'M JUST READING THE

09:36:31  1    SAME REPORT YOU READ, AND I'M LOOKING AT PARAGRAPH 21 AND 22,

09:36:41  2    AND YOU CHARGED THIS AS A SCAM AS WIRE FRAUD.

09:36:59  3            MR. HONG:  YOUR HONOR, I APOLOGIZE.

09:37:01  4        MY UNDERSTANDING IS I WAS JUST AWARE THAT TARGET WAS THE

09:37:05  5    VICTIM OF LOSSES, AND SO I ONLY HAVE SPOKEN TO A REPRESENTATIVE

09:37:10  6    FROM TARGET AND NOT EBAY.

09:37:12  7            THE COURT:  SO ANY RESTITUTION IS ONLY TO TARGET?

09:37:18  8            MR. HONG:  I BELIEVE THAT'S MY UNDERSTANDING,

09:37:20  9    YOUR HONOR.

09:37:23  10           MR. RORTY:  YOUR HONOR, I'M LOOKING AT PARAGRAPH 28

09:37:26  11   WHICH IDENTIFIES TARGET AS THE SOLE VICTIM ENTITLED TO

09:37:29  12   RESTITUTION.

09:37:32  13           THE COURT:  OKAY.  ALL RIGHT.  WELL, I WILL TAKE --

09:37:38  14   ACCEPT YOUR REPRESENTATION THAT YOU HAVE NOTIFIED TARGET AS THE

09:37:41  15   IDENTIFIED VICTIM IN THIS CASE OF THEIR RIGHT TO SEND A

09:37:44  16   REPRESENTATIVE TO MAKE A STATEMENT TO THE COURT.

09:37:46  17       THIS IS MANDATORY THAT THEY BE NOTIFIED, AND I AM MANDATED

09:37:50  18   TO GIVE VICTIMS THE OPPORTUNITY TO ADDRESS THE COURT.  IT'S NOT

09:37:56  19   A MAYBE OR IF IT'S CONVENIENT, AND JUST BECAUSE IT'S A

09:38:02  20   CORPORATION DOESN'T MAKE IT ANY LESS SIGNIFICANT.

09:38:13  21       ALL RIGHT.  MR. RORTY, HAVE YOU AND MR. O'BRIEN READ AND

09:38:17  22   DISCUSSED THE PRESENTENCE REPORT?

09:38:18  23           MR. RORTY:  WE HAVE.

09:38:19  24           THE COURT:  AND ARE THERE ANY OBJECTIONS TO THE

09:38:21  25   REPORT?

09:38:21  1          MR. RORTY:  NO UNRESOLVED OBJECTIONS.

09:38:23  2          THE COURT:  ALL RIGHT.  MR. O'BRIEN, YOU KNOW WHAT

09:38:25  3     YOU'VE BEEN CONVICTED OF?

09:38:26  4          THE DEFENDANT:  I DO, YOUR HONOR.

09:38:27  5          THE COURT:  ALL RIGHT.  THAT'S COUNT 1, CONSPIRACY TO

09:38:30  6     COMMIT WIRE FRAUD, A FELONY VIOLATION OF 18 U.S. CODE

09:38:34  7     SECTION 1349 AND 1343; AND COUNTS 2 THROUGH 6, ALSO FOR WIRE

09:38:43  8     FRAUD, THIS IS FIVE FELONY VIOLATIONS OF 18 U.S. CODE

09:38:48  9     SECTION 1343.

09:38:50  10     EACH OF THE SIX COUNTS CARRIES A MAXIMUM PRISON TERM OF

09:38:54  11     20 YEARS; A MAXIMUM FINE OF $250,000; MAXIMUM SUPERVISED

09:38:59  12     RELEASE OF THREE YEARS, AND A MANDATORY SPECIAL ASSESSMENT OF

09:39:03  13     $100 FOR EACH COUNT FOR A TOTAL OF $600 OF MANDATORY SPECIAL

09:39:10  14     ASSESSMENT.  FORFEITURE AND RESTITUTION ARE ALSO REQUIRED.

09:39:15  15     BASED ON THE PRESENTENCE REPORT, YOUR OFFENSE LEVEL IS 7

09:39:19  16     WITH AN INCREASE OF PLUS 14 FOR THE AMOUNT OF THE LOSS; A

09:39:24  17     FURTHER INCREASE OF PLUS 4 FOR YOUR ROLE IN THE OFFENSE AS A

09:39:28  18     LEADER AND ORGANIZER OF THE FRAUDULENT SCHEME; A DECREASE OF

09:39:32  19     NEGATIVE 3 FOR ACCEPTANCE OF RESPONSIBILITY, FOR AN ADJUSTED

09:39:36  20     OFFENSE LEVEL OF 22, AND A CRIMINAL HISTORY LEVEL OF 6.

09:39:41  21          ARE THERE ANY OBJECTIONS TO THAT GUIDELINE CALCULATION?

09:39:44  22          MR. RORTY:  NO.

09:39:45  23          THE COURT:  MR. HONG?

09:39:45  24          MR. HONG:  NO, YOUR HONOR.

09:39:46  25          THE COURT:  ALL RIGHT.

09:39:48  1          MR. O'BRIEN ENTERED A PLEA UNDER RULE 11(C)(1)(A) AND (B),

09:39:53  2     AND THEREFORE HE MAY NOT WITHDRAW HIS PLEA REGARDLESS OF THE

09:39:57  3     SENTENCE THE COURT IMPOSES.

09:39:59  4          AFTER CONSIDERING THE FINDINGS AND CALCULATIONS IN THE

09:40:01  5     PRESENTENCE REPORT, I CALCULATE THE ADVISORY GUIDELINE RANGE AS

09:40:06  6     FOLLOWS:

09:40:06  7          THE SENTENCING RANGE IS 84 TO 105 MONTHS IN PRISON;

09:40:11  8     SUPERVISED RELEASE IS 1 TO 3 YEARS; THE FINE RANGE IS $15,000

09:40:15  9     TO $150,000; THE SPECIAL ASSESSMENT IS $600, RESTITUTION IN THE

09:40:22 10     AMOUNT OF $508,000.

09:40:24 11          I DO RECOGNIZE THE GOVERNMENT AGREED TO RECOMMEND A

09:40:28 12     VARIANCE EQUAL TO A TWO-LEVEL REDUCTION, BUT THAT'S SEPARATE

09:40:32 13     FROM THE GUIDELINE CALCULATION.

09:40:34 14          MR. RORTY:  THAT'S CORRECT.

09:40:35 15          THE COURT:  OKAY.  I JUST WANT TO MAKE IT CLEAR I

09:40:36 16     DIDN'T MISS THAT AND WE WILL TALK ABOUT WHETHER THERE'S TO BE A

09:40:40 17     VARIANCE HERE.

09:40:42 18          ALL RIGHT.  ARE THERE ANY OBJECTIONS TO THOSE GUIDELINE

09:40:46 19     CALCULATIONS THEN?

09:40:47 20          MR. HONG:  NO, YOUR HONOR.

09:40:48 21          MR. RORTY:  NO.

09:40:48 22          THE COURT:  ALL RIGHT.  THANK YOU.

09:40:49 23          MR. RORTY, LET ME TURN TO YOU NOW AND HEAR YOUR COMMENTS.

09:40:52 24     I JUST WANT TO LET YOU KNOW, I NEED TO BE PERSUADED TO COME OFF

09:40:58 25     OF THE GUIDELINE, THAT'S WHERE I'M STARTING HERE.  SO I DON'T

09:41:02  1    WANT YOU TO MISS AN OPPORTUNITY BY NOT UNDERSTANDING WHERE I'M

09:41:07  2    STARTING FROM.

09:41:08  3              MR. RORTY:  THANK YOU, YOUR HONOR.

09:41:09  4        MR. O'BRIEN HAS PREPARED A STATEMENT.  MAY I ASK THAT HE

09:41:13  5    BE ALLOWED TO SPEAK FIRST AND THEN I FOLLOW ON HIS COMMENTS?

09:41:16  6              THE COURT:  OF COURSE.  ABSOLUTELY.

09:41:20  7        MR. O'BRIEN, USE THE MICROPHONE WITH YOUR STATEMENT.

09:41:22  8              THE DEFENDANT:  THANK YOU, YOUR HONOR.

09:41:23  9        I STAND BEFORE THE COURT TODAY WITH A HEAVY HEART, FULLY

09:41:25  10   ACKNOWLEDGING THE GRAVITY OF MY PAST MISTAKES.  FOR YEARS I

09:41:29  11   BATTLED THE RELENTLESS DRUG ADDICTION THAT CONSUMED MY LIFE.

09:41:33  12   IT WAS DARK, LONELY AND A STRUGGLE, ONE THAT LEAD ME DOWN A

09:41:36  13   DESTRUCTIVE PATH.

09:41:37  14        I AM DEEPLY REMORSEFUL OF THE HARM I HAVE CAUSED AND I

09:41:41  15   OFFER MY SINCEREST APOLOGIES TO ALL OF THOSE WHO HAVE BEEN

09:41:45  16   AFFECTED.

09:41:45  17        DURING THIS TIME, I ALSO WRESTLED WITH MY SEXUAL IDENTITY,

09:41:49  18   COMING OUT AS A GAY MAN IN A WORLD THAT STIGMATIZES AND

09:41:54  19   DISCRIMINATES OFTEN AGAINST THE LGBTQ+ COMMUNITY.  IT WAS AN

09:41:57  20   IMMENSE CHALLENGE, THE FEAR OF REJECTION AND JUDGMENT WEIGHED

09:42:00  21   HEAVILY ON ME.  HOWEVER, WITH THE SUPPORT OF DEDICATED

09:42:03  22   PROFESSIONALS AND THE LOVING COMMUNITY, I FOUND THE STRENGTH TO

09:42:07  23   CONFRONT MY DEMONS.

09:42:08  24        THROUGH INTENSE THERAPY AND REHABILITATION, I LEARNED TO

09:42:11  25   MANAGE MY ADDICTION AND DEVELOP HEALTHY COPING MECHANISMS.

09:42:16  1   EMBRACING MY TRUE SELF AND COMING OUT ALLOWED ME TO SHED THE

09:42:19  2   BURDEN OF SECRECY AND LIVE AUTHENTICALLY.  IT WAS A LIBERATING

09:42:23  3   EXPERIENCE THAT FUELED MY DETERMINATION TO CREATE A BETTER

09:42:27  4   FUTURE FOR MYSELF.

09:42:29  5       BECOMING A PEER RECOVERY SPECIALIST WORKING FOR CATHOLIC

09:42:34  6   CHARITIES HAVE BEEN TRANSFORMATIVE.  HELPING OTHERS NAVIGATE

09:42:37  7   THE TREACHEROUS PATH OF ADDICTION HAS GIVEN MY LIFE PURPOSE AND

09:42:41  8   MEANING, IT'S ALLOWED ME TO GIVE BACK TO THE COMMUNITY THAT I

09:42:44  9   ONCE HARMED AND TO MAKE AMENDS FOR MY PAST TRANSGRESSIONS.

09:42:49  10      I AM COMMITTED TO CONTINUING THIS JOURNEY OF RECOVERY AND

09:42:52  11  PERSONAL GROWTH.  I HAVE LEARNED VALUABLE LESSONS FROM MY PAST

09:42:55  12  AND I AM DEDICATED TO USING MY EXPERIENCES TO MAKE A POSITIVE

09:42:59  13  IMPACT ON THE WORLD.

09:43:00  14      I UNDERSTAND THAT MY ACTIONS HAVE CONSEQUENCES AND I'M

09:43:03  15  PREPARED TO ACCEPT THE COURT'S JUDGMENT; HOWEVER I HUMBLY ASK

09:43:07  16  YOU LENIENCY AND THE OPPORTUNITY TO PROVE THAT I AM A CHANGED

09:43:10  17  MAN.  I AM COMMITTED TO LIVING A LAW ABIDING AND PRODUCTIVE

09:43:13  18  LIFE, CONTRIBUTING TO SOCIETY AND MAKING AMENDS FOR MY PAST

09:43:18  19  TRANSGRESSIONS.

09:43:19  20      THANK YOU FOR THE TIME AND CONSIDERATION, YOUR HONOR.

09:43:21  21          THE COURT:  THANK YOU, MR. O'BRIEN.

09:43:24  22          MR. RORTY:  THANK YOU, YOUR HONOR.

09:43:25  23      I KNOW THE COURT IS WELL AWARE OF THE CONTENTS OF THE

09:43:28  24   PRESENTENCE REPORT, THE CIRCUMSTANCES OF THE OFFENSE AND

09:43:30  25   MR. O'BRIEN'S SITUATION.

09:43:33   1         AT LEAST AMONG THE PARTIES, I HEARD THE COURT'S COMMENTS

09:43:36   2    CLEARLY AND I WILL TAILOR MY COMMENTS TO THE COURT'S

09:43:39   3    INDICATION.  BUT I THINK AS A STARTING POINT, IT'S USEFUL TO

09:43:45   4    RECOGNIZE THAT THE GOVERNMENT, PROBATION AND THE DEFENSE ALL

09:43:50   5    AGREED THAT SOME VARIANCE IS APPROPRIATE FROM THE OTHERWISE

09:43:53   6    APPLICABLE GUIDELINES.  SO THE QUESTION IS NOT WHETHER, BUT HOW

09:43:53   7    MUCH?

09:43:56   8         OF COURSE THE COURT IS ABSOLUTELY ABLE TO MAKE ITS OWN

09:43:59   9    DETERMINATION AND NEED NOT, BUT THE PARTIES THAT STAND BEFORE

09:44:03   10   YOU ARE UNANIMOUS IN THEIR UNDERSTANDING THAT A VARIANCE IN

09:44:07   11   THIS MATTER IS APPROPRIATE.

09:44:09   12        YOUR HONOR, AS I HAVE COME TO KNOW MR. O'BRIEN AND

09:44:12   13   CONSIDER HIS CASE, I THINK IT TAKES THE COURT, THE PARTIES, AND

09:44:16   14   MYSELF TO THE HEART OF THE ELEMENTS OF 18 USC 3553(A) THROUGH

09:44:24   15   (F) BECAUSE CONGRESS, IN ITS WISDOM, LISTED FACTORS, BUT NOT

09:44:28   16   HOW TO BALANCE THEM AGAINST ONE ANOTHER PRECISELY.

09:44:31   17        AND THIS CASE AND ITS CIRCUMSTANCES REALLY PRESENT A

09:44:36   18   COMPLEX QUESTION ABOUT WHICH THERE IS LITTLE GUIDANCE.  AND THE

09:44:40   19   COURT IS INVESTED WITH IMMENSE DISCRETION.  AND I THINK THE

09:44:43   20   COURT TAKES MY MEANING, BUT WE HAVE ON THE ONE HAND, A SERIOUS

09:44:47   21   OFFENSE THAT CAUSED SIGNIFICANT FINANCIAL HARM TO MULTIPLE

09:44:51   22   CORPORATE PARTIES.

09:44:52   23        THAT'S A REAL OFFENSE, IT'S A SERIOUS OFFENSE, IT

09:44:56   24   INTERRUPTED COMMERCE, IT COST MONEY, TIME, ENERGY, AND CAUSED

09:45:02   25   DAMAGE.  THERE IS NO QUESTION ABOUT THAT, AND WE ARE NOT HERE

09:45:05  1    TO MINIMIZE THE NATURE AND SEVERITY OF THE OFFENSE.  THE ONLY

09:45:10  2    COMMENT REGARDING THE OFFENSE, OF COURSE, IS THAT IT IS

09:45:14  3    NONVIOLENT, IT IS NOT IN A CATEGORY WHERE THERE ARE INDIVIDUAL

09:45:19  4    VICTIMS WHO SUSTAINED PERSONAL HARM, BUT AS THE COURT

09:45:22  5    RECOGNIZED IN ITS EARLIER COMMENTS REGARDING RESTITUTION, THERE

09:45:25  6    IS NOT A LEGAL DISTINCTION BETWEEN FINANCIAL CRIMES OR

09:45:29  7    CORPORATE VICTIMS AND INDIVIDUAL VICTIMS, YET IT'S A DATA POINT

09:45:33  8    IN THIS CASE.

09:45:36  9          SO ON THE ONE HAND WE HAVE A SERIOUS OFFENSE AND FACTORS

09:45:40  10   THAT DIRECT THE COURT TO CONSIDER DETERRENCE AND PUNISHMENT FOR

09:45:44  11   ITS OWN SAKE THAT SOME CRIMES SIMPLY REQUIRE PUNISHMENT TO

09:45:49  12   DETER OTHERS, TO DETER MR. O'BRIEN'S FUTURE POTENTIAL

09:45:53  13   CRIMINALITY AND TO PUNISH FOR THE SAKE OF PUNISHMENT.

09:45:58  14         ON THE OTHER HAND WE HAVE THE MANDATE TO CONSIDER THE

09:46:00  15   TOTALITY OF THE DEFENDANT'S LIFE CIRCUMSTANCES.  AND WHEN WE

09:46:05  16   TURN TO THAT FACTOR, EVERYTHING ABOUT MR. O'BRIEN SINCE THE

09:46:09  17   MOMENT OF HIS ARREST SPEAKS TO HIS CAPACITY FOR CHANGE, AND NOT

09:46:14  18   JUST HIS CAPACITY, BUT THE REALITY OF HIS CHANGE.

09:46:17  19         THE FACT THAT HE UNDERTOOK A MISSION TO NOT ONLY ENGAGE IN

09:46:22  20   PERSONAL RECOVERY BUT TO DEDICATE HIMSELF TO THE RECOVERY OF

09:46:25  21   OTHERS, THAT WHEN HE HAS SOUGHT EMPLOYMENT, HE HAS SOUGHT

09:46:30  22   EMPLOYMENT AND OBTAINED IMPORTANT USEFUL SERVICE EMPLOYMENT

09:46:34  23   THAT IS DIRECTED TOWARDS HELPING PULL PEOPLE UP FROM THE PIT

09:46:38  24   THAT HE WAS IN.

09:46:41  25         THAT, TO MY MIND, IS A VERY SIGNIFICANT FACTOR BOTH

09:46:44  1    BECAUSE IT TELLS THE COURT SOMETHING ABOUT HIS CHARACTER AND

09:46:46  2    WHAT IT CAN EXPECT FROM HIM IN THE FUTURE, AND ALSO BECAUSE AS

09:46:52  3    WE THINK ABOUT THE NECESSITY OF DETERRENCE AND THE NECESSITY OF

09:46:55  4    PUNISHMENT, IT TELLS US, IT INVOKES THE INQUIRY HOW NECESSARY

09:47:02  5    IS THAT FOR A PERSON WHO HAS DEMONSTRATED WHAT HE HAS

09:47:06  6    DEMONSTRATED.

09:47:07  7        I WANT TO HIGHLIGHT ONE ASPECT OF MR. O'BRIEN'S

09:47:09  8    PROFESSIONAL EXPERIENCE, BECAUSE I WAS SPEAKING TO HIM

09:47:11  9    THROUGHOUT THAT PROCESS AND IT WAS PARTICULARLY MOVING, HE

09:47:18  10   WAS -- I'M FORGETTING THE NAME OF THE AGENCY, BUT ESSENTIALLY

09:47:21  11   HE WAS ON CALL IN THE ST. LOUIS AREA TO RESPOND TO EMERGENCY

09:47:25  12   ROOMS IN A LARGE METROPOLITAN AREA, ANY TIME SOMEONE OVERDOSED

09:47:30  13   ON FENTANYL, AND TO DRIVE TO THAT HOSPITAL AND IMMEDIATELY

09:47:33  14   ENGAGE WITH THE PATIENT AND TO MAKE THEIR RECOVERY OPTIONS

09:47:36  15   KNOWN TO THEM AND ADVISE THEM OF HIS EXPERIENCE AND HIS OWN

09:47:40  16   TRANSFORMATION.

09:47:41  17       AND HE AND I WOULD TALK AFTER HIS TRIPS TO THE HOSPITAL

09:47:45  18   AND HE WAS DEEPLY MOVED AND CHANGED BY THAT EXPERIENCE BECAUSE

09:47:50  19   HE SAW HOW CLOSE -- IT WAS A CONSTANT REMINDER TO HIM OF HOW

09:47:54  20   CLOSE HE HAD COME AND HOW CLOSE HE WAS TO A PRECIPICE HE COULD

09:48:01  21   NOT RETREAT FROM, AND HE HAS RETREATED FROM.  I'VE HAD FEW

09:48:05  22   CLIENTS WHO HAVE ENGAGED IN SUCH A THOUGHTFUL, DELIBERATE AND

09:48:08  23   POSITIVE PROCESS OVER TIME.

09:48:11  24       AND SO WITH ALL THE INFORMATION THE COURT HAS BEFORE IT, I

09:48:16  25   FEEL THAT THE COURT HAS SUFFICIENT INFORMATION THAT IT COULD BE

09:48:20  1    CONFIDENT THAT SHOULD THE COURT GRANT A VARIANCE TO THE DEFENSE

09:48:23  2    SUGGESTION OF PROBATION, THAT MR. O'BRIEN WILL DEMONSTRATE AS

09:48:28  3    HE HAS TO THIS COURT, THAT HE IS NOT A RISK TO PUBLIC SAFETY

09:48:33  4    AND THAT HE HAS GREATER CONTRIBUTIONS TO MAKE THAT SOCIETY

09:48:36  5    WOULD BE DEPRIVED OF WERE HE TO BE INCARCERATED FOR THE PEOPLE,

09:48:40  6    THE GOVERNMENT'S, PROBATION'S OR ANY INTERMEDIATE PERIOD OF

09:48:45  7    CONFINEMENT.

09:48:45  8         HE HAS A GREAT DEAL TO GIVE AND WANTS TO KEEP GIVING IT,

09:48:49  9    AND I THINK A SENTENCE OF INCARCERATION, ALTHOUGH WE HOPE THE

09:48:52  10   BUREAU OF PRISONS WILL ASSIST HIM AND HE WILL COME OUT READY TO

09:48:54  11   BE OF SERVICE IN THE SAME WAY, WE WOULD LIKE TO BELIEVE THAT'S

09:48:57  12   TRUE, WE WOULD LIKE TO BELIEVE INCARCERATION HAS THE ABILITY TO

09:49:00  13   REHABILITATE, THIS COURT KNOWS TOO WELL THAT ALL TOO

09:49:03  14   FREQUENTLY, CUSTODY TAKES PEOPLE OFF TRACK AND DOESN'T LET THEM

09:49:08  15   GET BACK ON IT IN AN EASY WAY.

09:49:11  16        SO WHEN WE HAVE A PERSON WHO HAS DEMONSTRATED WHAT HE HAS

09:49:15  17   DEMONSTRATED, WHO IS ON THE PATH HE IS ON, I ASK THE COURT TO

09:49:18  18   CONSIDER WHO BENEFITS AND FROM WHAT FROM HIS INCARCERATION

09:49:24  19   VERSUS ALLOWING HIM TO CONTINUE WITH THE GOOD WORK HE'S DONE --

09:49:28  20   AND TO ALLOW HIM TO CONTINUE THE GOOD WORK HAS DONE.

09:49:31  21        THERE IS ONE FOOTNOTE TO THAT AND COMMENT I WOULD MAKE

09:49:35  22   THAT I REFERENCE BRIEFLY IN MY SENTENCING MEMORANDUM.

09:49:38  23        MR. O'BRIEN ACKNOWLEDGES THAT IN RECENT WEEKS UNDER THE

09:49:42  24   STRESS OF THIS UPCOMING SENTENCING, HE HAS RELAPSED.  AND HE

09:49:48  25   AND I OF COURSE ARE VERY CONCERNED THAT THAT DEMONSTRATES THE

09:49:52  1    OPPOSITE POINT TO THE COURT THAT I AM MAKING HERE TODAY.  I

09:49:54  2    DON'T WANT TO SHY AWAY FROM THAT OR PRETEND IT HASN'T HAPPENED

09:49:58  3    OR DISMISS IT.  IT'S A WEAKNESS IN HIM AND IT'S THE RELAPSE OF

09:50:02  4    A PROFOUND ILLNESS THAT HAS CONTROLLED MUCH OF HIS LIFE.

09:50:10  5        ONE SUGGESTION THAT I PUT IN MY MEMORANDUM IS THAT THE

09:50:13  6    COURT MAY WISH TO -- IT CERTAINLY HAS DISCRETION TO DO, IS TO

09:50:17  7    DEFER SENTENCING A FURTHER PERIOD TO ALLOW MR. O'BRIEN TO

09:50:21  8    DEMONSTRATE THAT THIS WAS A BRIEF PERIOD OF RELAPSE AND TO

09:50:26  9    DEMONSTRATE AND CONTINUE TO DEMONSTRATE TO THE COURT THAT HE IS

09:50:31  10   CAPABLE OF SUSTAINED SOBRIETY, AS HE HAS FOR NOW THREE AND A

09:50:35  11   HALF TO FOUR YEARS, AND THAT THIS RECENT EVENT SHOULD NOT BE

09:50:39  12   THE BEST INDICATOR OF HIS CURRENT STATUS AND THE COURT'S AND

09:50:44  13   ALL OUR HOPES FOR HIM.

09:50:50  14       I HOPE I'VE ADDRESSED ANY OF THE COURT'S QUESTIONS OR

09:50:52  15   CONCERNS.  IF THERE ARE AREAS OF SPECIFICS OF THE CASE THAT THE

09:50:56  16   COURT WOULD LIKE ME TO ADDRESS, I'M GLAD TO, BUT I THINK

09:50:59  17   MR. O'BRIEN'S STATEMENT REALLY SPEAKS BETTER THAN I DO ABOUT

09:51:03  18   HIS INTENTIONS AND PURPOSE.

09:51:09  19            THE COURT:  I THINK WHAT DISTURBS ME ABOUT THIS CASE

09:51:12  20    IS THE HIGHLY SOPHISTICATED MEANS OF EXPLOITING A WEAKNESS IN

09:51:21  21    AN ELECTRONIC SYSTEM FOR THESE GIFT CARDS AND THEN CARRYING IT

09:51:24  22    OUT OVER MONTHS AND MONTHS AND OVER 36 STATES.

09:51:31  23       I MEAN, IT'S A VAST CONSPIRACY.  BUT MR. O'BRIEN HIMSELF

09:51:36  24   WAS RECORDED ON VIDEO HUNDREDS OF TIMES PARTICIPATING.  AND I

09:51:42  25   DON'T ACTUALLY ACCEPT THAT THIS WAS ALL CAUSED BY THE GRIPS OF

09:51:46 1    ADDICTION.  THIS IS MUCH TOO SOPHISTICATED FOR SOMEONE IN THE

09:51:50 2    GRIPS OF AN OVERWHELMING ADDICTION TO HAVE DEVELOPED AND

09:51:56 3    CARRIED OUT.  AND HE'S CHARGED WITH BEING A LEADER AND

09:52:00 4    ORGANIZER.  SO THAT'S VERY DISTURBING TO ME.

09:52:07 5        AND SO I AGREE THAT PUNISHING SOMEONE SEVERELY FOR RELAPSE

09:52:14 6    IS SOMETHING THAT IS NOT -- HAS NO BENEFIT, AND I RECOGNIZE A

09:52:19 7    RELAPSE, IT'S UNFORTUNATE THAT IT WAS TWICE, BUT THAT'S NOT

09:52:25 8    WHAT'S REALLY DRIVING MY CONCERN HERE, IT'S THE NATURE OF THE

09:52:30 9    CRIMES THEMSELVES.

09:52:32 10        LET ME TURN TO MR. HONG AND THEN --

09:52:34 11        MR. RORTY:  MAY I SPEAK TO THE COURT'S MOST RECENT

09:52:37 12    COMMENTS?

09:52:37 13        THE COURT:  YES, OF COURSE.

09:52:38 14        MR. RORTY:  I THINK THE COURT RAISES WHAT'S A COMPLEX

09:52:42 15    AND INTERESTING ISSUE.  ADDICTION RUNS THE GAMBIT THROUGHOUT

09:52:46 16    SOCIETY.  THIS COURT MOST COMMONLY DEALS WITH PEOPLE WHO ARE IN

09:52:52 17    ADDICTION AND LACK RESOURCES AND OFTEN LACK EDUCATION, FRANKLY

09:52:58 18    INTELLIGENCE AND CAPACITY, AND SO THEIR CRIMES ARE NOT

09:53:02 19    SOPHISTICATED, THEIR CRIMES REFLECT THEIR TOTAL POSITION THEIR

09:53:09 20    SOCIOECONOMIC STATUS AND THEIR EDUCATION.

09:53:11 21        MR. O'BRIEN IS AN EXTRAORDINARILY INTELLIGENT PERSON AND

09:53:14 22    WHEN EXTRAORDINARILY INTELLIGENT AND CAPABLE PEOPLE BECOME

09:53:19 23    ADDICTS, THEY DON'T SUDDENLY DEVIATE TO REGRESSIVE AND

09:53:24 24    ILL-INFORMED BEHAVIOR, THEY OFTEN EMPLOY THEIR TALENTS IN

09:53:28 25    CONCERT WITH THEIR ADDICTION.

| | |
|---|---|
| 09:53:30 | 1 |
| 09:53:33 | 2 |
| 09:53:38 | 3 |
| 09:53:43 | 4 |
| 09:53:51 | 5 |
| 09:53:54 | 6 |
| 09:53:59 | 7 |
| 09:54:04 | 8 |
| 09:54:10 | 9 |
| 09:54:12 | 10 |

THE COURT:  BUT ONLY DURING PERIODS THAT THEY ARE NOT IN THE THROWS OF THE DRUG.

SO I SAY YES AND NO ON THAT, AND OF COURSE HIS UPBRINGING AND EDUCATION CUT AGAINST ANY REDUCTION IN SENTENCE AS WELL.

MR. RORTY:  THE ONLY THING I WOULD ADD TO THAT IS METHAMPHETAMINE IS A DRUG THAT FUELS PURPOSE AND ACTIVITY FOR QUITE A WHILE.  ONE CAN HAVE VERY, VERY LONG RUNS OF PURPOSEFUL BEHAVIOR, AND THAT APPARENTLY IS WHAT MR. O'BRIEN DID, HE WAS USING METHAMPHETAMINE THROUGHOUT THE PERIOD OF HIS CRIMINAL CONDUCT.  AND THE NATURE OF THAT DRUG IS, SAY, VERY DIFFERENT FROM AN OPIOID OR OTHER DISABLING DRUG, IT IS A DRUG THAT ENABLES PHRENETIC AND ORGANIZED BEHAVIOR.  SO IT'S NOT THAT SURPRISING TO ME THAT THAT SHOULD OCCUR BY A WELL ORGANIZED AND INTELLIGENT PERSON.

I THINK THE COURT HAS MY ARGUMENT.

THE COURT:  MR. HONG.

MR. HONG:  YES, YOUR HONOR.

AND I WANT TO POINT OUT, I LOOKED BACK AT MY RECORDS ABOUT NOTIFYING TARGET AND I DID SPEAK TO BILL CORFIELD, C-O-R-F-I-E-L-D, ON 9/17/2024 AND THEN HE DID CONFIRM THAT HE WOULD NOT ATTEND AND TARGET WOULD NOT BE SENDING A REPRESENTATIVE.

THE COURT:  THANK YOU FOR MAKING THE RECORD ON THAT, MR. HONG, I APPRECIATE IT.

MR. HONG:  YOUR HONOR, I WON'T GO INTO TOO MUCH, YOU

09:55:03  1    READ OUR PAPERS, BUT I THINK THE COURT DID RECOGNIZE THIS IS A

09:55:06  2    HIGHLY SOPHISTICATED SCAM.  AND IT MAY HAVE HAD SOME PART TO

09:55:13  3    HIS ADDICTION, BUT IT WAS HIGHLY LUCRATIVE TOO.  I THINK THAT

09:55:17  4    WAS ONE OF THE MAJOR PARTS, HALF A MILLION DOLLARS OF ACTUAL

09:55:20  5    LOSS.

09:55:20  6         AND AS WE NOTED IN OUR SENTENCING MEMO, IF YOU LOOK AT HIS

09:55:24  7    HISTORY, HE'S JUST GETTING MORE AND MORE SOPHISTICATED IN HIS

09:55:28  8    SCAMS AND HE'S JUST GETTING BETTER AND BETTER TO THE PART WHERE

09:55:31  9    HE IS A LEADER.

09:55:32  10   I THINK AT ONE POINT SOMEBODY HAD ASKED HIM ABOUT, WE HAD

09:55:36  11   QUOTED, "YOU GOT A SCHOOL ME IN THOSE GIFT CARDS," PEOPLE ARE

09:55:40  12   EVEN ASKING HIS ADVICE ON HOW TO CONDUCT THESE TYPE OF SCAMS.

09:55:44  13   SO THAT'S WHAT'S TROUBLING TO US.

09:55:46  14   AND THE RECENT POSITIVE TEST, THAT'S ALSO TROUBLING.  THE

09:55:49  15   FIRST POSITIVE WAS JULY 17, 2024, THAT'S TWO MONTHS BEFORE

09:55:53  16   SENTENCING.  AND THEN ANOTHER ONE, ABOUT ONE MONTH BEFORE

09:55:57  17   SENTENCING, AND THEN THE MOST RECENT ONE WE JUST LEARNED

09:56:00  18   YESTERDAY, ABOUT TWO WEEKS FROM SENTENCING, ON SEPTEMBER 9TH.

09:56:03  19         THE COURT:  IS THERE THREE?  I THOUGHT THERE WERE TWO

09:56:05  20   INCIDENTS.

09:56:06  21         MR. HONG:  THERE WERE TWO PRIOR.

09:56:08  22         THE COURT:  ALL RIGHT.  I THOUGHT IT WAS ONLY THE

09:56:11  23   ONE.

09:56:11  24         MR. HONG:  THIS IS IN THE PSR, JULY 17, 2024 AND THEN

09:56:17  25   AUGUST 16TH, 2024.

09:56:18  1          PROBATION OFFICER:  THAT'S CORRECT, YOUR HONOR.

09:56:20  2          THERE WAS ONE IN JULY, ONE IN AUGUST, AND THEN THE MOST

09:56:23  3    RECENT ONE AT THE BEGINNING OF SEPTEMBER.

09:56:25  4          THE COURT:  I MISSED THE AUGUST DATE.  THANK YOU.

09:56:27  5          MR. HONG:  AND SO A RETURN TO THAT BEHAVIOR, AND IF

09:56:31  6    THIS IS DRIVEN BY DRUG ADDICTION, OR MOSTLY OR PARTLY, HE'S

09:56:35  7    RETURNED TO IT.  SO NOW THERE IS A CONCERN THAT HE WILL GO BACK

09:56:39  8    TO WHAT HE'S BEEN DOING.

09:56:41  9        SO FOR THOSE REASONS, WE DO BELIEVE THAT A SENTENCE OF

09:56:44  10   IMPRISONMENT IS NECESSARY TO DETER HIM AND PROTECT THE PUBLIC

09:56:49  11   FROM FUTURE CRIMES OF THE DEFENDANT.

09:56:50  12          THE COURT:  THANK YOU.

09:56:52  13        OFFICER MOY, ANY COMMENTS?

09:56:53  14          PROBATION OFFICER:  NO, YOUR HONOR, UNLESS YOUR HONOR

09:56:54  15   HAS ANY QUESTIONS.

09:56:55  16          THE COURT:  ALL RIGHT.

09:56:57  17          MR. RORTY:  YOUR HONOR, MAY I COMMENT ON ONE ASPECT?

09:57:00  18          THE COURT:  YES, GO AHEAD.

09:57:01  19          MR. RORTY:  MY SENSE IS WHILE THERE ARE MULTIPLE

09:57:04  20   TESTS, THOSE DON'T REFLECT THE NUMBER OF USES BECAUSE THE

09:57:07  21   SUBSTANCE STAYS WITHIN THE SYSTEM FOR SOME TIME.

09:57:10  22        MR. O'BRIEN ALSO REMINDS ME THAT SINCE THAT TIME, HE HAS

09:57:14  23   ENTERED A SOBER LIVING ENVIRONMENT, AND WITH THE HELP OF

09:57:17  24   PRETRIAL, RENEWED HIS ENGAGEMENT IN A DRUG TREATMENT PROGRAM.

09:57:21  25          THE COURT:  WHERE IS MR. O'BRIEN LIVING RIGHT NOW?

09:57:25  1          THE DEFENDANT:  YOUR HONOR, I'M LIVING AT A SOBER

09:57:27  2    LIVING HOUSE FOR MEN WHO ARE HIV POSITIVE AND IN RECOVERY.

09:57:34  3          THE COURT:  ARE YOU HERE -- BUT YOU ARE NOT HERE IN

09:57:38  4    THE NORTHERN DISTRICT.

09:57:39  5          THE DEFENDANT:  I'M IN MISSOURI, YOUR HONOR.

09:57:40  6          THE COURT:  AND THAT'S HOME FOR YOU?

09:57:41  7          THE DEFENDANT:  NO, MA'AM, THAT'S JUST WHERE I WAS

09:57:43  8    LOCATED AT THE TIME WHEN I WAS ARRESTED.  MY HUSBAND IS THERE.

09:57:47  9    WE DON'T CURRENTLY LIVE TOGETHER.

09:57:49  10         THE COURT:  I UNDERSTAND.

09:57:50  11         THE DEFENDANT:  BUT I HAVE RECENTLY GOTTEN INTO THAT

09:57:52  12   SOBER LIVING HOUSE LAST WEEK, SO IT'S A REALLY NICE SPOT.

09:57:58  13         THE COURT:  OKAY.  WHEN SENTENCING IS SO FAR REMOVED

09:58:06  14   FROM THE DATE OF THE CRIME, IT'S PARTICULARLY DIFFICULT TO METE

09:58:16  15   OUT THE PROPER PUNISHMENT.  I FIND THESE THE HARDEST CASES.

09:58:24  16        IT APPEARS TO ME THAT MR. O'BRIEN SOUGHT TO TURN HIS LIFE

09:58:29  17   AROUND BEFORE HE WAS CHARGED WITH THESE CRIMES, AND PART OF

09:58:33  18   THAT IS JUST GROWING UP.  AND IN MR. O'BRIEN'S PARTICULAR

09:58:38  19   JOURNEY OF ACCEPTING WHO HE WAS AND BEING IN A COMMUNITY WHERE

09:58:41  20   PEOPLE ACCEPTED YOU, GAVE YOU THE OPPORTUNITY TO SEE A BETTER

09:58:46  21   LIFE FOR YOURSELF, IT SEEMS.

09:58:50  22        AND SO IN SENTENCING, I ABSOLUTELY CONSIDER ALL OF THE

09:58:59  23   YEARS OF HARD WORK THAT YOU'VE PUT INTO BEATING DOWN THIS

09:59:05  24   TERRIBLE ADDICTION, AND CLEARLY YOUR LAST EXPERIENCES THIS

09:59:10  25   SUMMER SHOW THAT THIS IS A MONSTER THAT WILL ALWAYS BE LOOKING

09:59:16  1    OVER YOUR SHOULDER.

09:59:17  2        I WISH IT WEREN'T THAT WAY BECAUSE YOU'VE DONE MORE THAN

09:59:21  3    MOST PEOPLE EVER DO TO BEAT THAT DOWN, BUT THAT DRUG IS AWFULLY

09:59:26  4    POWERFUL.  IF THIS WAS JUST A DRUG CASE, AND THEY ARE SERIOUS

09:59:34  5    AND THE SENTENCING GUIDELINES ARE EXTRAORDINARY, THIS WOULD BE

09:59:38  6    A VERY DIFFERENT CONSIDERATION.

09:59:41  7        AND I ACCEPT THAT SOME OF THE MOTIVATION HERE WAS BECAUSE

09:59:46  8    OF THE ADDICTION, BUT THIS IS SUCH A SOPHISTICATED CRIME, IT'S

09:59:54  9    SO RAMPANT.  I MEAN, I HAVE CRIMINAL CASES, I HAVE CIVIL CASES,

09:59:59 10    IT IS SUCH A SOPHISTICATED ORGANIZATION, THIS TOOK PLACE OVER

10:00:04 11    SO MANY STATES, IN SO MANY DIFFERENT STORES, THIS ISN'T A CRIME

10:00:08 12    OF OPPORTUNITY IN ONE TARGET STORE AND 20 GIFT CARDS, THIS IS

10:00:13 13    REALLY A MASSIVE SCHEME OF FRAUD OVER A SIGNIFICANT PERIOD OF

10:00:19 14    TIME.

10:00:20 15        AND I SIMPLY DO NOT FIND PROBATION TO BE APPROPRIATE, AND

10:00:25 16    IT'S NOT -- MR. O'BRIEN, I DON'T WANT YOU TO THINK ALL YOUR

10:00:29 17    EFFORTS WERE FOR NAUGHT, YOU'VE DONE THAT FOR YOURSELF AND

10:00:34 18    YOU'VE DONE A GOOD JOB, BUT THIS IS ABOUT THE CRIMES YOU

10:00:38 19    COMMITTED AND THE PUNISHMENT THAT'S NECESSARY.  I ALSO THINK

10:00:41 20    DETERRENCE IS A BIG ISSUE IN A CRIME LIKE THIS.

10:00:44 21        AND SO I HAVE CONSIDERED THE 3553(A) FACTORS IN ORDER TO

10:00:51 22    ENSURE A SENTENCE SUFFICIENT BUT NOT GREATER THAN NECESSARY TO

10:00:55 23    COMPLY WITH THE PURPOSES OF SENTENCING.

10:00:57 24        I'VE CONSIDERED THE NATURE AND CIRCUMSTANCES OF THE CRIME,

10:01:01 25    INCLUDING THE NUMBER OF OFFENSES, THE ACTUAL LOSS OF $508,000,

10:01:07 1   THIS WAS A VERY SOPHISTICATED SCHEME INVOLVING AT LEAST 5,000

10:01:13 2   TRADES OF GIFT CARDS, 916 TARGET STORES IN 36 STATES.

10:01:19 3   MR. O'BRIEN WAS CAPTURED ON SURVEILLANCE VIDEO HIMSELF 439

10:01:24 4   TIMES CONDUCTING PURCHASES OF ALMOST 2,000 GIFT CARDS WITH

10:01:30 5   PURCHASE ACTIVITY IN 24 STATES OVER FIVE MONTHS IN 2018, AND 91

10:01:35 6   TIMES ON VIDEO CONDUCTING RETURN TRANSACTIONS OF 399 GIFT CARDS

10:01:42 7   OVER A SIX MONTH PERIOD IN 2018.

10:01:44 8       I ALSO NOTE THAT MR. O'BRIEN HAS A NUMBER OF PRIOR

10:01:48 9   CONVICTIONS, INCLUDING IDENTITY THEFT, USE OF COUNTERFEIT

10:01:53 10  BILLS, PLUS DRUG CONVICTIONS, AND HE WAS ON PROBATION AT THE

10:01:57 11  TIME THIS OFFENSE WAS COMMITTED.

10:01:59 12      I CONSIDER THIS TO BE A SERIOUS CRIME.  I CONSIDER

10:02:03 13  SERIOUSLY THAT MR. O'BRIEN LEAD AND ORGANIZED THE SOPHISTICATED

10:02:09 14  SCHEME AND I DO FIND THAT HE STILL POSES A RISK TO THE

10:02:14 15  COMMUNITY, ALTHOUGH THAT IS GREATLY TEMPERED BY HIS CONDUCT

10:02:17 16  SINCE 2018, I'M NOT IGNORING THAT.

10:02:21 17      I ALSO CONSIDER MR. O'BRIEN'S PERSONAL CHARACTERISTICS.

10:02:26 18  MR. O'BRIEN GREW UP IN AN INTACT FAMILY, ALL OF HIS NEEDS WERE

10:02:31 19  MET.  HE GRADUATED FROM HIGH SCHOOL, JOINED THE AIR FORCE,

10:02:34 20  ATTAINED HIS ASSOCIATE'S DEGREE.  UNFORTUNATELY, MR. O'BRIEN

10:02:38 21  HAS STRUGGLED WITH HIS IDENTITY ISSUES AND THAT LEAD TO OR

10:02:44 22  COINCIDED WITH ABUSE OF DRUGS AND ALCOHOL AS A TEENAGER.  HIS

10:02:49 23  MILITARY CAREER WAS ENDED FOR DRUG USE AND HIS DISCHARGE WAS

10:02:54 24  CAUSED BY THAT AS WELL.

10:03:00 25      ALTHOUGH THE IDENTITY -- MR. O'BRIEN HAS DONE THE WORK TO

10:03:05  1    FIND OUT WHO HE IS AS A PERSON AND FOUND A COMMUNITY THAT IS

10:03:08  2    SUPPORTIVE AND ACCEPTING OF HIM, HE SUFFERS FROM MENTAL HEALTH

10:03:12  3    ISSUES THAT ARE NOW BEING TREATED, AND I COMMEND YOU FOR

10:03:17  4    SEEKING DRUG AND MENTAL HEALTH TREATMENT ON YOUR OWN, THAT'S A

10:03:21  5    RARE THING, AND CLEARLY IT HAS HELPED YOU ENORMOUSLY.

10:03:25  6         SINCE 2020, YOU'VE MADE SIGNIFICANT STRIDES TO OVERCOME

10:03:29  7    YOUR DRUG ADDICTION.  CLEARLY THAT'S IN PART BECAUSE OF THE

10:03:34  8    MENTAL HEALTH COUNSELLING AND DRUG TREATMENT YOU'VE RECEIVED.

10:03:39  9    EXCEPT FOR THIS RELAPSE THIS SUMMER, YOU WERE SOBER FOR FOUR

10:03:43 10    YEARS.  I DON'T REALLY KNOW WHAT TO MAKE OF THE RELAPSE.  THREE

10:03:47 11    TESTS, IT COULD BE TWO USES, IT COULD BE THREE, I HAVE NO WAY

10:03:51 12    OF KNOWING, BUT IT'S AT A HIGH ALERT STAGE NOW.

10:03:58 13         BUT THE COMMUNITY SERVICE AND WORK THAT YOU'VE BEEN

10:04:02 14    INVOLVED IN HELPING OTHERS IN DRUG RECOVERY AS A DRUG RECOVERY

10:04:06 15    COACH, THAT'S EXTRAORDINARY WORK, IT CLEARLY HELPED OTHERS, IT

10:04:10 16    CLEARLY HELPED YOU.  IT CLEARLY HELPED YOU SEE THAT YOU WEREN'T

10:04:14 17    THOSE PEOPLE ANYMORE, AND THAT'S AN IMPORTANT THING.

10:04:21 18         AND YOUR PERFORMANCE ON PRETRIAL RELEASE HAS GENERALLY

10:04:24 19    BEEN GOOD.  I KNOW THERE WERE A NUMBER OF PROBLEMS RELATED TO

10:04:27 20    LOCATION MONITORING, BUT I NOTED THAT THE SOLUTION TO THAT WAS

10:04:32 21    TO GET RID OF THE LOCATION MONITORING, NOT TO PUT YOU IN JAIL.

10:04:36 22    SO THAT WAS AN INTERESTING OUTCOME, THAT WASN'T WHAT WE

10:04:40 23    NORMALLY EXPECT.

10:04:42 24         I DO NOTE THAT YOU HAVE NO CHILDREN.  YOU ARE MARRIED BUT

10:04:46 25    SEPARATED AT THIS TIME.  IT APPEARS THAT YOUR HUSBAND REMAINS A

10:04:52  1    SUPPORT OF YOU.

10:04:53  2         SO THIS IS ONE OF THE MORE COMPLICATED SITUATIONS, BUT I

10:05:00  3    JUST CAN'T WALK WAY FROM THE SERIOUSNESS OF THE CRIME.  I DON'T

10:05:08  4    ACTUALLY ACCEPT THAT IT'S ALL BECAUSE OF ADDICTION, AND

10:05:12  5    THEREFORE I WILL IMPOSE A PRISON SENTENCE.

10:05:16  6         THE GOVERNMENT AGREED TO THE EQUIVALENT OF A TWO LEVEL

10:05:19  7    VARIANCE WHICH WOULD REDUCE THE LOW GUIDELINE TO 70 MONTHS.

10:05:23  8              MR. HONG:  YES, YOUR HONOR.

10:05:24  9              THE COURT:  AND THAT'S THE GOVERNMENT'S

10:05:25  10   RECOMMENDATION?

10:05:26  11             MR. HONG:  YES, YOUR HONOR.

10:05:26  12             THE COURT:  PROBATION RECOMMENDS 60 MONTHS, AN EVEN

10:05:30  13   GREATER REDUCTION.  AND I WILL SAY THAT WHEN I STARTED THIS

10:05:37  14   MORNING AFTER REVIEWING THE PAPERS, I DIDN'T SEE WHY I WOULD GO

10:05:42  15   BELOW THE 84 MONTHS BECAUSE OF THE SERIOUSNESS OF THE CRIME,

10:05:45  16   BUT LISTENING TO MR. O'BRIEN MAKE HIS OWN STATEMENT IS VERY

10:05:50  17   IMPACTFUL, AND HEARING THE COMMENTS FROM YOU, MR. RORTY, ARE

10:05:55  18   VERY HELPFUL TO ME.

10:05:57  19        I WILL ACCEPT THE PROBATION RECOMMENDATION OF 60 MONTHS.

10:06:03  20   THAT IS A VERY LONG SENTENCE, AND I KNOW THAT MR. O'BRIEN KNOWS

10:06:06  21   THAT, BUT THAT IS A BIG REDUCTION FROM WHERE I STARTED, AND

10:06:11  22   IT'S REALLY BECAUSE OF THE POWER OF YOUR PRESENTATION TODAY.

10:06:19  23   AND I DO BELIEVE THAT IS AN ADEQUATE PUNISHMENT FOR THESE

10:06:22  24   OFFENSES, IT WILL PROTECT THE PUBLIC SAFETY AND IS NOT OVERLY

10:06:26  25   LONG FOR THE CRIMES COMMITTED.

10:06:32   1          IS THERE ANYTHING ELSE BEFORE I IMPOSE SENTENCE?

10:06:35   2              MR. HONG:  NO, YOUR HONOR.

10:06:37   3              MR. RORTY:  AND YOUR HONOR, MR. O'BRIEN WOULD ASK

10:06:39   4      THAT THE COURT MAKE A RECOMMENDATION TO THE BUREAU OF PRISONS,

10:06:44   5      ALTHOUGH OF COURSE THAT IS NOT BINDING AND THEY HAVE TO TAKE

10:06:46   6      CLASSIFICATION INTO ACCOUNT, THAT HE BE LOCATED IN A FACILITY

10:06:49   7      AS CLOSE AS POSSIBLE TO HIS HOME, HIS BIRTH FAMILY IN

10:06:53   8      MASSACHUSETTS.

10:06:54   9              THE COURT: MASSACHUSETTS.  OKAY.  YES.  CERTAINLY.

10:07:01  10      OKAY.  THANK YOU.

10:07:02  11          PURSUANT TO THE SENTENCING REFORM ACT OF 1984, IT IS THE

10:07:06  12      JUDGMENT OF THE COURT THAT MICHAEL O'BRIEN, JR. IS HEREBY

10:07:10  13      COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS TO BE IN

10:07:13  14      PRISON FOR A TERM OF 60 MONTHS.

10:07:15  15          THIS TERM CONSISTS OF TERMS OF 60 MONTHS ON EACH OF

10:07:19  16      COUNTS 1 THROUGH 6, ALL COUNTS TO BE SERVED CONCURRENTLY.

10:07:23  17          THE COURT RECOMMENDS THAT THE DEFENDANT PARTICIPATE IN THE

10:07:26  18      BUREAU OF PRISONS RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM.

10:07:30  19          UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT SHALL BE

10:07:32  20      PLACED ON SUPERVISED RELEASE FOR A TERM OF THREE YEARS.  THIS

10:07:36  21      TERM CONSISTS OF TERMS OF THREE YEARS ON EACH OF COUNTS 1

10:07:40  22      THROUGH 6, ALL SUCH TERMS TO RUN CONCURRENTLY.

10:07:44  23          WITHIN 72 HOURS OF RELEASE FROM CUSTODY OF THE BUREAU OF

10:07:47  24      PRISONS, THE DEFENDANT SHALL REPORT IN PERSON TO THE PROBATION

10:07:51  25      OFFICE IN THE DISTRICT TO WHICH THE DEFENDANT IS RELEASED.

10:07:55  1    WHILE ON SUPERVISED RELEASE, THE DEFENDANT MUST NOT COMMIT

10:07:58  2    ANOTHER FEDERAL, STATE OR LOCAL CRIME; MUST NOT UNLAWFULLY

10:08:01  3    POSSESS A CONTROLLED SUBSTANCE; MUST REFRAIN FROM ANY UNLAWFUL

10:08:05  4    USE OF CONTROLLED SUBSTANCE; SUBMIT TO A DRUG TEST WITHIN

10:08:09  5    15 DAYS OF RELEASE AND TWO PERIODIC DRUG TESTS THEREAFTER; MUST

10:08:14  6    MAKE RESTITUTION IN ACCORDANCE WITH 18 U.S. CODE SECTION 3663

10:08:19  7    AND 3663(A), OR ANY OTHER STATUTE AUTHORIZING RESTITUTION; MUST

10:08:26  8    COOPERATE IN THE COLLECTION OF DNA AND COMPLY WITH THE

10:08:29  9    FOLLOWING CONDITIONS.

10:08:31  10         MR. RORTY, YOU DID RECEIVE THE STANDARD CONDITIONS OF

10:08:34  11   PROBATION?

10:08:35  12             MR. RORTY:  YES.

10:08:35  13             THE COURT:  AND THERE ARE NO OBJECTIONS?

10:08:37  14             MR. RORTY:  NO.

10:08:37  15             THE COURT:  AS PART OF YOUR SUPERVISED RELEASE, THE

10:08:40  16   STANDARD CONDITIONS WHICH HAVE BEEN ADOPTED BY THIS COURT AND

10:08:43  17   LISTED IN THE ATTACHMENT TO THE PRESENTENCE REPORT

10:08:47  18   RECOMMENDATION IDENTIFIED AS "STANDARD CONDITIONS OF

10:08:50  19   SUPERVISION" ARE HEREBY IMPOSED AND INCORPORATED INTO THIS

10:08:55  20   SENTENCE.

10:08:55  21        I WILL ALSO IMPOSE THE FOLLOWING SPECIAL CONDITIONS AND I

10:08:58  22   DO ADOPT THE JUSTIFICATIONS SET FORTH IN THE PRESENTENCE

10:09:02  23   REPORT.

10:09:02  24        YOU MUST NOT OPEN ANY NEW LINES OF CREDIT OR INCUR NEW

10:09:06  25   DEBT WITHOUT THE PRIOR PERMISSION OF THE PROBATION OFFICER.

10:09:10  1    YOU MUST PROVIDE THE PROBATION OFFICER WITH ACCESS TO ANY

10:09:13  2    FINANCIAL INFORMATION, INCLUDING TAX RETURNS, AND MUST

10:09:17  3    AUTHORIZE THE PROBATION OFFICER TO CONDUCT CREDIT CHECKS AND

10:09:21  4    OBTAIN COPIES OF INCOME TAX RETURNS.

10:09:23  5        YOU MUST PARTICIPATE IN AN OUTPATIENT MENTAL HEALTH

10:09:26  6    TREATMENT PROGRAM AS DIRECTED BY THE PROBATION OFFICER.  YOU

10:09:31  7    ARE TO PAY PART OR ALL OF THE COST OF THIS TREATMENT AT AN

10:09:36  8    AMOUNT NOT TO EXCEED THE COST OF TREATMENT AS DEEMED

10:09:38  9    APPROPRIATE BY THE PROBATION OFFICER.  PAYMENTS MUST NEVER

10:09:41  10   EXCEED THE TOTAL COST OF MENTAL HEALTH COUNSELING.  THE ACTUAL

10:09:44  11   COPAYMENT SCHEDULE MUST BE DETERMINED BY THE PROBATION OFFICER.

10:09:48  12       YOU MUST NOT HAVE CONTACT WITH ANY CO-DEFENDANT IN THIS

10:09:51  13   CASE, NAMELY FRANCIS LEE MCDANIEL.  YOU MUST SUBMIT YOUR

10:09:56  14   PERSON, RESIDENCE, OFFICE, VEHICLE, OR ANY PROPERTY UNDER YOUR

10:10:00  15   CONTROL, INCLUDING ANY COMPUTERS, CELL PHONES OR OTHER

10:10:03  16   ELECTRONIC DEVICES TO A SEARCH.

10:10:06  17       SUCH A SEARCH MUST BE CONDUCTED BY A UNITED STATES

10:10:09  18   PROBATION OFFICER AT A REASONABLE TIME AND IN A REASONABLE

10:10:13  19   MANNER BASED UPON REASONABLE SUSPICION OF CONTRABAND OR

10:10:17  20   EVIDENCE OF A VIOLATION OF A CONDITION OF RELEASE.

10:10:20  21       FAILURE TO SUBMIT TO SUCH A SEARCH MAY BE GROUNDS FOR

10:10:23  22   REVOCATION.  YOU MUST WARN ANY RESIDENCE THAT THE PREMISES MAY

10:10:27  23   BE SUBJECT TO SEARCHES.

10:10:29  24       YOU MUST PARTICIPATE IN AN OUTPATIENT PROGRAM OF TESTING

10:10:32  25   AND TREATMENT FOR DRUG ABUSE AS DIRECTED BY THE PROBATION

10:10:36   1    OFFICER, UNTIL SUCH TIME AS YOU ARE RELEASED FROM TREATMENT BY

10:10:40   2    THE PROBATION OFFICER.  YOU ARE TO PAY PART OR ALL OF THE COST

10:10:43   3    OF THIS TREATMENT AT AN AMOUNT NOT TO EXCEED THE COST OF

10:10:47   4    TREATMENT, AS DEEMED APPROPRIATE BY THE PROBATION OFFICER.

10:10:51   5    PAYMENTS MUST NEVER EXCEED THE TOTAL COST OF URINALYSIS AND

10:10:55   6    COUNSELING.  THE ACTUAL COPAYMENT SCHEDULE MUST BE DETERMINED

10:10:58   7    BY THE PROBATION OFFICER.

10:11:00   8         YOU MUST ABSTAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

10:11:05   9         IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL PAY TO THE

10:11:07  10    UNITED STATES A SPECIAL ASSESSMENT OF $600.  PAYMENTS SHALL BE

10:11:11  11    MADE TO:

10:11:12  12         THE CLERK OF THE UNITED STATES DISTRICT COURT

10:11:13  13         450 GOLDEN GATE AVENUE, BOX 36060

10:11:13  14         SAN FRANCISCO, CA 94102

10:11:19  15         OR VIA THE PAY.GOV ONLINE PAYMENT SYSTEM.

10:11:25  16         DURING IMPRISONMENT, PAYMENT OF CRIMINAL MONETARY

10:11:27  17    PENALTIES ARE DUE AT A RATE OF NOT LESS THAN $25 PER QUARTER,

10:11:32  18    AND PAYMENT SHALL BE THROUGH THE BUREAU OF PRISONS INMATE

10:11:36  19    FINANCIAL RESPONSIBILITY PROGRAM.

10:11:38  20         THE COURT FINDS THAT THE DEFENDANT DOES NOT HAVE THE

10:11:41  21    ABILITY TO PAY THE FINE AND ORDERS IT WAIVED.

10:11:44  22         IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL PAY

10:11:46  23    RESTITUTION TO TARGET CORPORATION IN THE AMOUNT OF $508,000.

10:11:52  24         DURING IMPRISONMENT, PAYMENT OF RESTITUTION IS DUE AT THE

10:11:55  25    RATE OF NOT LESS THAN $25 PER QUARTER AND PAYMENT SHALL BE

10:11:59  1    THROUGH THE BUREAU OF PRISONS INMATE FINANCIAL RESPONSIBILITY

10:12:03  2    PROGRAM.

10:12:05  3        ONCE THE DEFENDANT IS ON SUPERVISED RELEASE, RESTITUTION

10:12:08  4    MUST BE MADE IN MONTHLY PAYMENTS OF NOT LESS THAN $100.00 OR AT

10:12:13  5    LEAST TEN PERCENT OF EARNINGS, WHICHEVER IS GREATER, TO

10:12:16  6    COMMENCE NO LATER THAN 60 DAYS FROM PLACEMENT ON SUPERVISION.

10:12:20  7        NOTWITHSTANDING ANY PAYMENT SCHEDULE SET BY THE COURT, THE

10:12:22  8    UNITED STATES ATTORNEY'S OFFICE MAY PURSUE COLLECTION THROUGH

10:12:26  9    ALL AVAILABLE MEANS IN ACCORDANCE WITH 18 U.S. CODE

10:12:31  10   SECTION 3613 AND 3664(M).

10:12:34  11       THE RESTITUTION PAYMENT SHALL BE MADE TO:

10:12:36  12       THE CLERK OF THE UNITED STATES DISTRICT COURT:  ATTENTION

10:12:41  13   FINANCIAL UNIT

10:12:41  14       450 GOLDEN GATE AVENUE, BOX 36060

10:12:41  15       SAN FRANCISCO, CA 94102

10:12:42  16       OR VIA THE PAY.GOV ONLINE PAYMENT SYSTEM.

10:12:53  17       ARE THERE ANY OTHER MATTERS FOR SENTENCING?

10:12:57  18        MR. HONG:  NO, YOUR HONOR, EXCEPT THE ISSUE OF

10:12:59  19    VOLUNTARY SURRENDER.

10:13:00  20        THE COURT:  YES.  WE WILL GET TO THAT.

10:13:02  21       OH, AND I WILL RECOMMEND PLACEMENT IN A BUREAU OF PRISONS

10:13:06  22   FACILITY IN MASSACHUSETTS CONSISTENT WITH MR. O'BRIEN'S

10:13:11  23   CLASSIFICATION.

10:13:14  24       IN THIS MATTER, THE PROBATION DEPARTMENT IS RECOMMENDING

10:13:18  25   REMAND BASED UPON THE RELAPSES.

| | | |
|---|---|---|
| 10:13:21 | 1 | MR. RORTY, COMMENTS? |
| 10:13:22 | 2 | MR. RORTY:  YOUR HONOR, GIVEN THE TOTALITY OF THE |
| 10:13:25 | 3 | COMMENTS I HAVE MADE, MR. O'BRIEN'S PRESENT EMPLOYMENT, HIS |
| 10:13:29 | 4 | RESIDENCE IN A SOBER LIVING ENVIRONMENT, HIS FAMILY TIES, I |
| 10:13:33 | 5 | APPRECIATE THE CONCERN, BUT GIVEN THAT HE IS ACTUALLY IN |
| 10:13:36 | 6 | TREATMENT AND IN A SOBER LIVING ENVIRONMENT, I THINK HE MERITS |
| 10:13:40 | 7 | VOLUNTARY SURRENDER AT THIS POINT. |
| 10:13:43 | 8 | THE COURT:  MR. HONG? |
| 10:13:44 | 9 | MR. HONG:  YOUR HONOR, ACCORDING TO THE STATUTE, THE |
| 10:13:46 | 10 | COURT MUST HAVE CLEAR AND CONVINCING EVIDENCE THAT HE DOESN'T |
| 10:13:51 | 11 | POSE A DANGER OR A FLIGHT RISK, AND GIVEN THESE POSITIVE TESTS, |
| 10:13:55 | 12 | WHICH IS PARTLY OR MAYBE THE MAIN DRIVING FACTOR FOR HIS |
| 10:13:58 | 13 | COMMITTING CRIMES, FINANCIAL CRIMES, WE THINK THAT THE PUBLIC |
| 10:14:02 | 14 | IS AT RISK AND THE COURT SHOULD REMAND HIM. |
| 10:14:05 | 15 | THE COURT:  SO THIS IS WHERE THE DISCONNECT IN THE |
| 10:14:08 | 16 | CASE IS SO DIFFICULT FOR ME.  THE DRUG ABUSE IS WHAT WE ARE |
| 10:14:15 | 17 | CONCERNED ABOUT NOW.  YOU WOULDN'T BE RECOMMENDING -- LET ME |
| 10:14:19 | 18 | BACK UP.  IS THIS A CRIME THAT REQUIRES MANDATORY REMAND?  I |
| 10:14:23 | 19 | DON'T BELIEVE SO. |
| 10:14:24 | 20 | MR. HONG:  IT DOES NOT, YOUR HONOR.  BUT AT THIS |
| 10:14:27 | 21 | POINT, UNDER THE STATUTE, THE COURT SHALL UNLESS YOUR HONOR IS |
| 10:14:32 | 22 | CONVINCED THAT HE -- |
| 10:14:35 | 23 | THE COURT:  SO THIS CRIME DOES REQUIRE MANDATORY |
| 10:14:37 | 24 | REMAND?  THAT'S REALLY WHAT I'M ASKING. |
| 10:14:41 | 25 | MR. RORTY:  I DON'T BELIEVE SO. |

10:14:43  1          MR. HONG:  I DON'T BELIEVE IT'S MANDATORY REMAND, BUT

10:14:45  2     JUST THE WORDING IS THAT --

10:14:48  3          THE COURT:  BECAUSE IF THERE HAD BEEN NO RELAPSE THEN

10:14:51  4     I DON'T THINK ANYONE WOULD BE SUGGESTING THAT THERE BE REMAND.

10:14:57  5          MR. HONG:  IT IS AN OFFENSE UNDER 31432, SO IT

10:15:03  6     DOESN'T REQUIRE REMAND BUT AT THIS POINT NOW, I BELIEVE IT'S

10:15:10  7     THE DEFENDANT'S BURDEN TO SHOW THAT HE SHOULD BE ABLE TO

10:15:13  8     SELF-SURRENDER, AND GIVEN THE VERY, VERY RECENT POSITIVE TESTS

10:15:21  9     BEFORE SENTENCING, HE COULD POTENTIALLY POSE A DANGER BETWEEN

10:15:25  10    NOW AND WHEN HE'S DESIGNATED FOR THE BUREAU OF PRISONS.

10:15:28  11         THE COURT:  OFFICER MOY, THESE ARE ALWAYS HARD.  I

10:15:31  12    APPRECIATED THE INFORMATION YESTERDAY.  COMMENTS BASED ON WHAT

10:15:36  13    WE HAVE HEARD TODAY?

10:15:37  14         PROBATION OFFICER:  YES, YOUR HONOR.

10:15:39  15     I THINK ANOTHER ADDED LAYER OF COMPLEXITY HERE IS THAT HE

10:15:42  16    IS BEING SUPERVISED IN THE DISTRICT OF MISSOURI, AND THOSE ARE

10:15:46  17    THE OFFICERS WHO ARE INTERACTING WITH MR. O'BRIEN ON A DAILY

10:15:50  18    AND WEEKLY BASIS AND HAVE MORE INTIMATE KNOWLEDGE OF HIS

10:15:54  19    COMPLIANCE AND THE RECENT ISSUES, AND THEY HAD REQUESTED THAT

10:15:57  20    OUR PRETRIAL OFFICE COMMUNICATE TO YOU THAT THEY WERE

10:16:01  21    REQUESTING A REMAND.  SO I THINK I WOULD DEFER TO THAT.

10:16:05  22     OBVIOUSLY ALL OF THIS CAME TO LIGHT YESTERDAY AND OUR

10:16:08  23    COUNTERPARTS IN THE PRETRIAL OFFICE HAVE NOT YET HAD AN

10:16:11  24    OPPORTUNITY TO BRING THE FULL SITUATION BEFORE THE MAGISTRATE

10:16:14  25    COURT WHICH IS WHY WE ARE DEALING WITH THIS TODAY.

10:16:18   1       I THINK IN ADDITION TO THE POSITIVES, I THINK THE ONE --

10:16:23   2   OBVIOUSLY THERE WAS SOME MINOR LOCATION MONITORING ISSUES WHICH

10:16:26   3   THE COURT TOOK NO ACTION ON.  I GUESS RECENTLY HE MOVED INTO

10:16:32   4   THE SLE, AND MY UNDERSTANDING FROM THE OFFICER IN MISSOURI IS

10:16:35   5   THAT THERE WERE SOME SLIGHT COMMUNICATION ISSUES ABOUT HIS

10:16:37   6   MOVING DURING THAT WEEK, BUT THAT SEEMS TO HAVE BEEN RESOLVED

10:16:40   7   NOW.

10:16:41   8       I DON'T THINK I HAVE ANYTHING ELSE OTHER THAN DEFERRING TO

10:16:45   9   PRETRIAL.

10:16:45  10           THE COURT:  SO OFFICER MOY, ANOTHER COMPLICATION HERE

10:16:48  11   IS THAT THE MANNER OF HANDLING CASES LIKE THIS IN THE DISTRICT

10:16:54  12   OF MISSOURI MAY BE VERY DIFFERENT THAN HOW WE WOULD HANDLE THE

10:16:59  13   SAME SET OF FACTS IN OUR DISTRICT.

10:17:03  14       AND I GREATLY APPRECIATE THE ADVICE AND RECOMMENDATION OF

10:17:08  15   THE PROBATION OFFICERS IN THE DISTRICT OF MISSOURI, BUT I DON'T

10:17:12  16   WANT TO BE OVERLY INFLUENCED BY WHAT MIGHT BE A DIFFERENT

10:17:16  17   PRACTICE THAN WHAT WE WOULD NORMALLY DO HERE, AND THIS IS WHERE

10:17:21  18   MR. O'BRIEN IS BEING SENTENCED.

10:17:24  19       SO CAN YOU COMMENT ON THAT?

10:17:25  20           PROBATION OFFICER:  YES, YOUR HONOR.

10:17:27  21       I THINK THE MAJOR ISSUE IS THAT THIS HAPPENED SO CLOSE TO

10:17:31  22   SENTENCING.  I THINK ORDINARILY OUR PRETRIAL OFFICE WOULD HAVE

10:17:36  23   BROUGHT THE MATTER BEFORE A MAGISTRATE COURT AND THEY WOULD

10:17:38  24   HAVE MADE THEIR RECOMMENDATION AND DISCUSSED WITH OUR

10:17:41  25   MAGISTRATE COURT HERE, AND I DON'T KNOW WHAT THE OUTCOME OF

10:17:43   1    THAT WOULD BE.  THAT IS AN OPTION FOR YOUR HONOR, TO SET THE

10:17:51   2    SURRENDER DATE, LET THEM GO BEFORE THE MAGISTRATE JUDGE, AND IF

10:17:55   3    HE'S REMANDED THEN, HE'S REMANDED THEN.

10:17:58   4            THE COURT:  I THINK THAT'S INTERESTING.

10:17:59   5            PROBATION OFFICER:  I THINK THAT WOULD BE A

10:18:01   6    POSSIBILITY.  IF THE MAGISTRATE JUDGE DECIDES TO REVOKE THE

10:18:04   7    BOND THEN HE WOULD GO INTO CUSTODY AND BEGIN SERVING HIS

10:18:10   8    SENTENCE AT THAT TIME.

10:18:11   9        BUT AGAIN, THE PRETRIAL OFFICE ASKS IT BE DEALT WITH TODAY

10:18:16  10    BECAUSE OF THE TIMING, SO I DON'T KNOW IF THE GOVERNMENT HAS A

10:18:19  11    POSITION ON THAT.

10:18:20  12            THE COURT:  THAT'S VERY HELPFUL, BUT I'M GOING TO

10:18:22  13    STILL PRESS YOU ON THE MORE DIFFICULT QUESTION.

10:18:25  14        IF YOU WERE SUPERVISING THIS NOW IN OUR DISTRICT WITH

10:18:30  15    THESE FACTS, IS THIS THE KIND OF CASE YOU WOULD BE ASKING FOR

10:18:33  16    REMAND?

10:18:34  17            PROBATION OFFICER:  YOUR HONOR, AS I DON'T SUPERVISE

10:18:38  18    PRETRIAL CLIENTS, I HAVE NO EXPERIENCE IN THAT, SO I AM NOT

10:18:43  19    SURE WHAT I WOULD PERSONALLY DO.

10:18:45  20            THE COURT:  THANK YOU VERY MUCH.

10:18:46  21        MR. HONG?

10:18:46  22            MR. HONG:  YOUR HONOR, JUST TO GIVE YOU AN INSIGHT ON

10:18:50  23    WHAT THE EASTERN DISTRICT'S PRACTICE IS, ON PARAGRPAH 9, I

10:18:53  24    WOULD NOTE THAT HE DID TEST POSITIVE ON THE 17TH.  IT WAS

10:18:58  25    CONFIRMED HE DENIED USE, BUT THE EASTERN DISTRICT AT THE TIME,

10:18:59   1    INCREASED THEIR FREQUENCY OF DRUG TESTING.  SO IT DOESN'T

10:19:02   2    APPEAR THAT AT THAT POINT THEY SOUGHT TO REMAND HIM.  AND THEN

10:19:05   3    THERE WAS ANOTHER TEST IN WHICH WE HAD A HEARING BEFORE THE

10:19:08   4    JUDGE HERE.

10:19:10   5         SO IF THAT HELPS THE COURT AT ALL, UNDERSTANDING THE

10:19:14   6    PRACTICE, IT DOESN'T SEEM LIKE THEY ARE A DISTRICT WHERE IF

10:19:18   7    THERE'S ONE POSITIVE TEST, THEY WANT YOU LOCKED UP IMMEDIATELY.

10:19:22   8    THAT'S THE ONLY THING I CAN TELL BY READING WHAT HAPPENED AT

10:19:27   9    THAT POINT.

10:19:27  10         MR. RORTY:  YOUR HONOR, MAY I MAKE A SUGGESTION?

10:19:29  11         THE COURT:  YES.

10:19:29  12         MR. RORTY:  I APPRECIATE OFFICER MOY'S COMMENTS, AND

10:19:32  13    ACTUALLY I THINK THAT DOES GIVE US AN APPROPRIATE PATH.

10:19:36  14         MAGISTRATE VAN KEULEN IS VERY FAMILIAR WITH MR. O'BRIEN.

10:19:40  15    HE'S APPEARED BEFORE HERE, I THINK THREE TO FOUR TIMES, OR

10:19:42  16    PERHAPS JUDGE COUSINS TWICE AND JUDGE VAN KEULEN TWICE.  THERE

10:19:46  17    IS A PENDING VIOLATION MEMORANDUM.  SO I THINK A PROCEDURAL

10:19:50  18    PATH THAT I WOULD SUGGEST TO THE COURT IS IN THE EXERCISE OF

10:19:55  19    THIS COURT'S JURISDICTION, TO SET A VOLUNTARY SURRENDER DATE,

10:19:58  20    BUT TO LET STAND THE VIOLATION MEMORANDUM, REFER THAT MATTER,

10:20:04  21    IT DOESN'T EVEN REQUIRE REFERRAL, IT IS BEFORE THE MAGISTRATE,

10:20:07  22    AND TO LET THE MAGISTRATE JUDGES WHO HAVE HAD ONGOING

10:20:10  23    CONVERSATIONS WITH PRETRIAL OFFICERS MAKE THIS DETERMINATION,

10:20:13  24    BECAUSE THAT IS A ROUTINE PART OF THEIR JOB, AND THIS

10:20:17  25    COMPONENT, WHETHER OR NOT THIS VIOLATION MERITS REMAND ON ITS

10:20:21  1     OWN TERMS IS PERHAPS APPROPRIATELY ADDRESSED BY THEM.

10:20:25  2          THE COURT:  I AM GREATLY CONCERNED ABOUT THE PERIOD

10:20:28  3     OF TIME TO TRAVEL BACK TO MISSOURI TO GET BACK INTO THE SOBER

10:20:32  4     LIVING, WHETHER THERE WOULD BE A FURTHER RELAPSE BEFORE THAT

10:20:37  5     TIME AND THEN NOT BEING ADMITTED TO THE SOBER LIVING.  THERE IS

10:20:41  6     SO MUCH THAT IS -- THAT CAN GO WRONG HERE.  I'M REALLY

10:20:47  7     CONCERNED ABOUT THAT.

10:20:49  8          THE DEFENDANT:  MY FLIGHT IS AT 5:00.

10:20:52  9          MR. RORTY:  I MEAN, HE HAS A 5:00 P.M. FLIGHT TODAY.

10:20:55  10         THE DEFENDANT:  I'M LIVING IN THE SOBER LIVING HOUSE

10:20:58  11    ALREADY.

10:20:59  12         THE COURT:  I KNOW, BUT IF YOU SHOW UP UNDER THE

10:21:02  13    INFLUENCE, YOU WON'T BE LET IN THE DOOR.

10:21:05  14         THE DEFENDANT:  OH, NO.

10:21:08  15         THE COURT:  I MEAN, IF IT GOES TO MAGISTRATE COURT

10:21:10  16    THIS AFTERNOON, IT WON'T BE RESOLVED BECAUSE IT'S JUST GOING TO

10:21:13  17    BE COMING TO THE MAGISTRATE JUDGE AND THEY WILL PROBABLY HAVE

10:21:16  18    TO PUT IT OVER.

10:21:19  19      WHAT'S YOUR EXPERIENCE, DO YOU THINK THEY WOULD DEAL WITH

10:21:21  20    IT?

10:21:22  21         MR. RORTY:  I THINK THEY ARE QUITE FAMILIAR WITH

10:21:25  22    MR. O'BRIEN'S SITUATION AND CAN MAKE A DETERMINATION.

10:21:29  23         THE COURT:  I HATE TO THROW THIS -- I'M NOT SURE WHAT

10:21:32  24    THE MAGISTRATE JUDGE WILL LEARN THAT I DON'T ALREADY KNOW.

10:21:35  25         MR. RORTY:  UNDERSTOOD.

10:21:50  1    THE COURT:  WELL, I'M NOT PREPARED TO THROW AWAY FOUR

10:21:53  2    YEARS OF HARD WORK ON MR. O'BRIEN'S PART DUE TO SERIOUS

10:22:00  3    VIOLATIONS OF RELAPSE, AND SO I WILL GIVE YOU A SURRENDER DATE.

10:22:08  4    AND WHETHER THE VIOLATION GOES TO THE MAGISTRATE COURT OR NOT,

10:22:11  5    I'M NOT DEFERRING MY DECISION TO THE MAGISTRATE JUDGE, THAT

10:22:15  6    WILL BE AN INDEPENDENT DECISION.  AND IF YOUR PRESENTENCE

10:22:20  7    PRETRIAL RELEASE IS REVOKED BECAUSE OF THE VIOLATION, THAT'S --

10:22:25  8    I MEAN, THAT'S FINE IN A SENSE, BUT I'M NOT HOISTING THE

10:22:32  9    DECISION ON TO THE MAGISTRATE JUDGE, I UNDERSTAND THAT MAY

10:22:34  10   HAPPEN IN PARALLEL.

10:22:36  11       SO IS HE ON CALENDAR TODAY SINCE HE'S HERE?

10:22:39  12       MR. RORTY:  HE IS NOT, THE MAGISTRATE HAS NOT TAKEN

10:22:43  13   ACTION, BUT WE WILL DO SO IN DUE COURSE.

10:22:46  14       THE COURT:  SO HE WILL BE ON THAT FLIGHT TODAY?

10:22:48  15       MR. HONG:  BECAUSE WE JUST FOUND OUT YESTERDAY THAT

10:22:51  16   THEY HAVEN'T HAD THE OPPORTUNITY TO DRAFT THE REPORT TO SEND IT

10:22:54  17   TO THE JUDGE AND THAT'S WHY IT HASN'T BEEN ON CALENDAR.

10:22:57  18       THE COURT:  THAT MAKES SENSE.

10:22:57  19       SO I'M GOING TO MAKE THIS A VERY SHORT SURRENDER TIME --

10:23:02  20       BUT TIFFANY, WHAT'S THE MINIMUM THE BUREAU OF PRISONS

10:23:04  21   NEEDS?

10:23:05  22       THE CLERK:  YOUR HONOR, I BELIEVE IT'S ABOUT NINE

10:23:07  23   WEEKS.

10:23:09  24       MR. RORTY:  FOR DESIGNATION.

10:23:11  25       THE COURT:  FOR THE ASSIGNMENT?

10:23:13  1          THE CLERK:  YES.

10:23:14  2          THE COURT:  THEN THAT'S WHAT WE WILL DO.

10:23:24  3          PROBATION OFFICER:  YOUR HONOR, I THINK THAT MIGHT BE

10:23:27  4      THE AVERAGE TIME, I THINK THEY CAN DO IT FASTER IF NEEDED.  I

10:23:31  5      THINK OUR UNDERSTANDING WAS SIX WEEKS.

10:23:32  6          THE COURT:  SO IF I SET IT EARLIER AND THERE WAS NO

10:23:38  7      ASSIGNMENT, MR. O'BRIEN WOULD HAVE TO RETURN HERE AND SURRENDER

10:23:41  8      TO SANTA RITA, CORRECT?

10:23:45  9          PROBATION OFFICER:  HE COULD ALSO SURRENDER TO A U.S.

10:23:48 10      MARSHAL'S OFFICE IN THE DISTRICT TO WHICH HE PRESIDES.

10:23:52 11          THE CLERK:  THAT'S CORRECT, YOUR HONOR.

10:23:53 12          THE COURT:  OKAY.  I THINK I WOULD LIKE TO SET IT IN

10:23:56 13      60 DAYS.

10:23:57 14        MR. RORTY, YOU CAN ALSO REQUEST AN EXTENSION.

10:23:59 15          MR. RORTY:  I WILL.  AND I WILL COMMUNICATE WITH U.S.

10:24:02 16      MARSHALS AND THE LOCAL B.O.P. COUNSEL THAT THE COURT FELT

10:24:08 17      SUFFICIENT URGENCY ABOUT THIS MATTER TO SET IT AT AN EARLIER

10:24:13 18      DATE AND ASK THEM, TO THE EXTENT POSSIBLE, TO EXPEDITE THE

10:24:15 19      DESIGNATION.

10:24:18 20          THE COURT:  OKAY.  ALL RIGHT.

10:24:24 21        THEN I WILL ORDER THAT YOU SHALL REPORT TO THE BUREAU OF

10:24:31 22      PRISONS ON, LET'S GET A DATE IN 60 DAYS.

10:24:36 23          THE CLERK:  YOUR HONOR, 60 DAYS IS THE FRIDAY BEFORE

10:24:40 24      THANKSGIVING.

10:24:41 25          THE COURT:  SO LET'S NOT DO THAT, LET'S MAKE IT TWO

10:24:44  1    WEEKS LATER.

10:24:45  2             THE CLERK:  THAT WOULD BE DECEMBER 3RD, YOUR HONOR.

10:24:47  3             THE COURT:  ALL RIGHT.

10:24:47  4        I ORDER THAT YOU SHALL REPORT TO THE BUREAU OF PRISONS ON

10:24:50  5    DECEMBER 3RD OF 2024, NO LATER THAN 2:00 P.M. ON THAT DAY.

10:24:55  6    THAT'S NOT 2:10, THAT'S 2:00.  YOU SHOULD RECEIVE NOTIFICATION

10:25:04  7    OF THE FACILITY THAT YOU WILL BE IMPRISONED IN AND IT IS YOUR

10:25:09  8    OBLIGATION TO GET YOURSELF THERE AND PRESENT YOURSELF.

10:25:12  9        IF YOU DO NOT RECEIVE NOTICE OF WHERE TO REPORT ABOUT TWO

10:25:16 10    WEEKS BEFORE THAT DATE, FIRST CALL MR. RORTY, BUT IF YOU CAN'T

10:25:22 11    REACH HIM OR YOU GET NO ANSWERS, IT IS STILL YOUR OBLIGATION,

10:25:27 12    NO MATTER WHAT, TO REPORT ON DECEMBER 3RD BY 2:00 P.M. TO THE

10:25:31 13    UNITED STATES MARSHAL IN THE DISTRICT IN WHICH YOU ARE LIVING.

10:25:36 14        DO YOU UNDERSTAND THAT?

10:25:37 15             THE DEFENDANT:  I UNDERSTAND, YOUR HONOR.

10:25:37 16             THE COURT:  ALL RIGHT.

10:25:38 17        IF MR. RORTY WORKS THINGS OUT AND GETS AN EXTENSION, HE

10:25:41 18    WILL E-MAIL YOU A COPY OF AN ORDER EXTENDING YOUR SURRENDER

10:25:45 19    DATE, BUT I WANT TO BE REALLY CLEAR ON THAT.

10:25:49 20        ALL RIGHT.  MR. O'BRIEN, YOU MAY APPEAL YOUR CONVICTION

10:25:54 21    CONSISTENT WITH THE WAIVERS IN YOUR PLEA, AND IF YOU FEEL THAT

10:25:57 22    YOUR PLEA WAS SOMEHOW UNLAWFUL OR INVOLUNTARY OR THERE WAS SOME

10:26:01 23    OTHER FUNDAMENTAL DEFECT IN THE PROCEEDING THAT WAS NOT WAIVED

10:26:04 24    BY YOUR GUILTY PLEA.

10:26:06 25             ANY NOTICE OF APPEAL MUST BE FILED WITHIN 14 DAYS OF ENTRY

10:26:10  1   OF JUDGMENT OR WITHIN 14 DAYS OF FILING OF A NOTICE OF APPEAL

10:26:13  2   BY THE GOVERNMENT.  IF YOU CANNOT AFFORD TO PAY THE COST OF AN

10:26:17  3   APPEAL OR FOR AN ATTORNEY TO REPRESENT YOU ON APPEAL, YOU HAVE

10:26:20  4   THE RIGHT TO APPLY FOR LEAVE TO APPEAL IN FORMA PAUPERIS WHICH

10:26:24  5   MEANS THAT YOU CAN ASK THE COURT TO WAIVE THE FILING FEE.  ON

10:26:27  6   APPEAL, YOU MAY APPLY FOR COURT-APPOINTED COUNSEL.

10:26:31  7        ALL RIGHT.  THERE'S NO OTHER CHARGES TO DISMISS.  IS THERE

10:26:36  8   ANYTHING ELSE?

10:26:37  9            MR. HONG:  NOT FROM THE GOVERNMENT, YOUR HONOR.

10:26:38  10            THE COURT:  ALL RIGHT.

10:26:39  11        MR. RORTY?

10:26:39  12            MR. RORTY:  NO.  THANK YOU.

10:26:40  13            THE COURT:  SO IN TERMS OF THE VIOLATION, I DON'T

10:26:43  14   KNOW WHAT THE STATUS IS, MR. O'BRIEN MAY NEED TO RETURN FOR A

10:26:49  15   HEARING BEFORE THE MAGISTRATE JUDGE.

10:26:51  16            PROBATION OFFICER:  YOUR HONOR, I'M GOING TO WALK HIM

10:26:53  17   DOWN TO THE PRETRIAL OFFICE RIGHT NOW AND WE CAN MEET WITH THEM

10:26:56  18   AND FIGURE OUT THE NEXT COURSE.

10:26:58  19            THE COURT:  GOOD.  THAT MAKES A LOT OF SENSE.

10:26:59  20            MR. HONG:  YOUR HONOR, IN PREVIOUS HEARINGS WE DID

10:27:02  21   HAVE THEM VIA ZOOM AS WELL, SINCE HE LIVES IN MISSOURI.

10:27:08  22            THE COURT:  OH, I SEE.  THAT MAKES SENSE.  ALL RIGHT.

10:27:13  23            MR. RORTY:  THANK YOU.

10:27:14  24            THE COURT:  ALL RIGHT.

10:27:15  25            MR. O'BRIEN, THIS IS A VERY DIFFICULT TIME, AND AS MUCH AS

```
10:27:19   1    WHAT YOU ARE FACING IS AWFUL, IF YOU MESS UP ON THIS, IT GETS A

10:27:24   2    LOT WORSE.  AND IT'S UNFORTUNATE TO BE IN THAT SITUATION, BUT

10:27:30   3    I'M TRUSTING THAT YOU VALUE THE HARD WORK YOU PUT IN OVER THE

10:27:35   4    LAST FOUR YEARS AND YOU ARE NOT GOING TO THROW IT ALL AWAY.  SO

10:27:39   5    I REALLY DO WISH YOU THE VERY BEST.

10:27:42   6         THE DEFENDANT:  THANK YOU, YOUR HONOR.

10:27:42   7         THE COURT:  I KNOW THIS IS A HARD TIME.

10:27:45   8    ALL RIGHT.  THANK YOU.

10:27:46   9         THE DEFENDANT:  THANK YOU.

10:27:48  10    (THE PROCEEDINGS WERE CONCLUDED AT 10:27 A.M.)

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25
```

1

2

3                    __CERTIFICATE OF REPORTER__

4

5

6

7              I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8      UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9      CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10     HEREBY CERTIFY:

11             THAT THE FOREGOING TRANSCRIPT, CERTIFICATE

12     INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF

13     PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

14

15

16

17

18

19

20

21

22     _____
       SUMMER A. FISHER, CSR, CRR
23     CERTIFICATE NUMBER 13185

24
       DATE:  3/5/25
25